IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE POLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-217 (GMS) |
| | ) |
| COMPUTER SCIENCES CORP., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE TO TAKE DEPOSITION**
**OF PLAINTIFF DIANE POLAND**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Computer Sciences Corporation ("Defendant"), by its undersigned attorneys, will take the deposition of Plaintiff Diane Poland ("Plaintiff") by oral testimony before an officer duly authorized to administer an oath, commencing on Wednesday, March 30, 2005, beginning at 9:00 a.m., at the offices of Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor, Wilmington, DE 19801. This deposition shall continue thereafter until terminated by counsel for Defendant. Plaintiff should bring to the deposition and produce any and all documents which support, refer or relate to any and all claims Plaintiff has alleged in this lawsuit, as well as any and all alleged damages. The deposition will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

| Of Counsel | POTTER ANDERSON & CORROON LLP |
|---|---|
| | By: _____ |
| Larry R. Seegull | Erica L. Niezgoda (#3986) |
| Amy Beth Leasure | 1313 North Market Street |
| DLA Piper Rudnick Gray Cary US LLP | 6th Floor, P. O. Box 951 |
| 6225 Smith Avenue | Wilmington, Delaware 19801 |
| Baltimore, Maryland 21209 | (302) 984-6000 (general) |
| (410) 580-3000 (general) | (410) 580-4253 (direct) |
| (410) 580-3253 (fax) | (302) 658-1192 (fax) |
| larry.seegull@dlapiper.com | eniezgoda@potteranderson.com |

Counsel for Defendant
*Computer Sciences Corporation*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of March, 2005, the foregoing Defendant's Notice of Deposition of Plaintiff Diane Poland was electronically filed and delivered via hand-delivery to:

Jeffrey K. Martin, Esq.
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE  19806
(302) 777-4680
(301) 777-4682 (fax)

Attorney for Plaintiff,
*Diane Poland*

 

Erica Niezgoda (#3986)
1313 North Market Street
6th Floor, P. O. Box 951
Wilmington, Delaware  19801
(302) 984-6000 (general)
(302) 658-1192 (fax)
eniezgoda@potteranderson.com

673060v1