**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DIANE POLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-217 (GMS) |
| | ) | |
| COMPUTER SCIENCES CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF SUBPOENA**

PLEASE TAKE NOTICE that on March 10, 2005, the following third parties were issued subpoenas and commanded to appear for depositions at the offices of Potter Anderson & Corroon LLP on the dates noted below:

| Third-Party | Deposition Date |
|---|---|
| Colleen Laskoski, MA | March 28, 2005 at 10:00a.m. |
| Scott Houser, M.D. | March 28, 2005 at 1:00p.m. |
| Donald J. Berman, M.Ed. | March 28, 2005 at 3:00p.m. |
| Dr. Ernest Cuba | March 29, 2005 at 10:00a.m. |
| Dr. Rodrigo Tanchanco | March 29, 2005 at 1:00p.m. |
| Philip W. Chao, M.D. | March 29, 2005 at 3:00p.m. |
| Andrew Gelman, D.O. | March 31, 2005 at 10:00a.m. |
| Ara A. Chalian, M.D. | March 31, 2005 at 1:00p.m. |

Of Counsel                                    POTTER ANDERSON & CORROON LLP

                                              By: _____
Larry R. Seegull                                   Erica L. Niezgoda (#3986)
Amy Beth Leasure                                   1313 North Market Street
DLA Piper Rudnick Gray Cary US LLP                 6th Floor, P. O. Box 951
6225 Smith Avenue                                  Wilmington, Delaware  19801
Baltimore, Maryland 21209                          (302) 984-6000 (general)
(410) 580-3000 (general)                           (410) 580-4253 (direct)
(410) 580-3253 (fax)                               (302) 658-1192 (fax)
larry.seegull@dlapiper.com                         eniezgoda@potteranderson.com

                                              Counsel for Defendant
                                              *Computer Sciences Corporation*

Dated: March 10, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March, 2005, the foregoing Notice of Subpoena was electronically filed and delivered via hand-delivery to:

Jeffrey K. Martin, Esq.
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(301) 777-4682 (fax)

Attorney for Plaintiff,
*Diane Poland*

Erica Niezgoda (#3986)
1313 North Market Street
6th Floor, P. O. Box 951
Wilmington, Delaware 19801
(302) 984-6000 (general)
(302) 658-1192 (fax)
eniezgoda@potteranderson.com

673349

3