IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE POLAND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMPUTER SCIENCES CORP., )<br>)<br>Defendant. )<br>_____) | C.A. No. 04-217 (GMS) |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Erica L. Niezgoda (#3986) and substitute the appearance of Sarah E. DiLuzio (#4085) on behalf of Defendant Computer Sciences Corporation in the above-referenced matter.

| | |
|---|---|
| Of Counsel:<br><br>DLA PIPER RUDNICK<br>GRAY CARY US LLP<br>Larry R. Seegull<br>G. Brooks Liswell<br>6225 Smith Avenue<br>Baltimore, Maryland 21209<br>(410) 580-3000 (general)<br>(410) 580-4253 (direct)<br>(410) 580-3253 (fax)<br>larry.seegull@dlapiper.com<br><br>Dated: March 15, 2005<br>673316 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ Sarah E. DiLuzio<br>Sarah E. DiLuzio (#4085)<br>1313 North Market Street<br>6th Floor, P.O. Box 951<br>Wilmington, Delaware 19801<br>(302) 984-6000 (general)<br>(302) 984-6279 (direct)<br>(302) 658-1192 (fax)<br>sdiluzio@potteranderson.com<br><br>Counsel for Defendant,<br>*Computer Sciences Corporation* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of March, 2005, true and correct copies of the foregoing NOTICE OF SUBSTITUTION OF COUNSEL were sent via electronic filing on CM/ECF, where they may be reviewed and downloaded, to:

Jeffrey K. Martin, Esq.
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(301) 777-4682 (fax)

*Sarah E. DiLuzio*
Sarah E. DiLuzio (#4085)
Potter Anderson & Corroon LLP
1313 North Market Street
6th Floor, P.O. Box 951
Wilmington, Delaware 19801
(302) 984-6000 (general)
(302) 984-6279 (direct)
(302) 658-1192 (fax)
sdiluzio@potteranderson.com