IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE POLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-217 (GMS) |
| | ) |
| COMPUTER SCIENCES CORP., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that on March 21, 2005, third parties University of Pennsylvania, Pennscard Identification Center and University of Pennsylvania, Public Safety Commission were issued subpoenas *duces tecum* for March 31, 2005 at 5:00 p.m.

Of Counsel

Larry R. Seegull
Amy Beth Leasure
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000 (general)
(410) 580-3253 (fax)
larry.seegull@dlapiper.com

Dated: March 21, 2005

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah S. DiLuzio
Sarah E. DiLuzio (#4085)
1313 North Market Street
6th Floor, P. O. Box 951
Wilmington, Delaware 19801
(302) 984-6000 (general)
(410) 580-4253 (direct)
(302) 658-1192 (fax)
eniezgoda@potteranderson.com

Counsel for Defendant
*Computer Sciences Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of March, 2005, the foregoing Notice of Subpoena was electronically filed and delivered via hand-delivery to:

Jeffrey K. Martin, Esq.
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(301) 777-4682 (fax)

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (#4085)
1313 North Market Street
6th Floor, P. O. Box 951
Wilmington, Delaware 19801
(302) 984-6000 (general)
(302) 658-1192 (fax)

674630

2