

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Sarah E. DiLuzio**
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

March 23, 2005

**By eFile**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 North King Street
Room 4209
Wilmington, DE 19801

      Re:   Diane Poland v. Computer Sciences Corporation,
              C.A. No. 04-0217 (GMS)

Dear Judge Sleet:

      Please allow this letter to confirm that a discovery conference has been scheduled in the above-referenced matter for Monday, March 28, 2005 at 9:00 a.m., pursuant to Paragraph 3(a) of the Scheduling Order in this case. Counsel for both parties will participate in the call.

      If Your Honor has any questions regarding this matter, counsel for the parties are available at the Court's convenience.

                              Respectfully,

                              Sarah E. DiLuzio

cc:  Clerk of the Court
      Jeffrey K. Martin, Esquire