

**Potter
Anderson
&Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Sarah E. DiLuzio
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

March 24, 2005

**By Electronic Filing**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 North King Street
Room 4209
Wilmington, DE 19801

    Re: Diane Poland v. Computer Sciences Corporation,
       C.A. No. 04-0217 (GMS)

Dear Judge Sleet:

    The parties would like to address several issues with your Honor during the teleconference scheduled to be held on Monday, March 28, 2005 at 9:00 a.m. In anticipation of that conference, the parties offer the following:

    The Scheduling Order in this case identifies April 1, 2005 as the close of discovery and the deadline for filing the summary judgment motion as April 15, 2005.

    As a result of scheduling difficulties, Plaintiff would like to depose three of Defendant's employees outside of the discovery period. Each of these depositions would last no more than two hours. In addition, Plaintiff's counsel is scheduled to leave for China on or about April 15, 2005 with his wife to adopt a child. Mr. Martin informs us that he has been waiting for several years for this development and was notified only last week of the scheduling and the need to travel.

    Accordingly, subject to the Court's approval, the parties have agreed to the following: If the summary judgment deadline can be extended by three weeks, until May 6, 2005, Defendant is agreeable to allowing all three of its witnesses to be deposed outside of the discovery period, for no more than two hours each. Defendant would also then be agreeable to producing certain documents to Plaintiff.

    Lastly, Plaintiff has yet to serve answers to interrogatories or complete her document production, all of which was due on March 13, 2005. Plaintiff anticipates serving all

The Honorable Gregory M. Sleet
March 24, 2005
Page 2

responsive documents and providing thorough answers to interrogatories prior to March 28, 2005. Assuming this is done, no further discussion on this issue will be necessary.

If Your Honor has any questions regarding this matter, counsel for the parties are available at the Court's convenience.

                          Respectfully,

                          Sarah E. DiLuzio
                          (DE Bar I.D. 4085)

cc: Clerk of the Court
     Jeffrey K. Martin, Esquire