**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DIANE POLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-217 (GMS) |
| | ) | |
| COMPUTER SCIENCES CORP., | ) | |
| | ) | |
| Defendant. | ) | |

# DOCUMENTS REFERENCED IN RESPONSE TO INTERROGATORY #4



**Dawn M Dworsky**
**/GIS/CSC**

06/13/2001 02:01 PM

To: Diane Poland/GIS/CSC@CSC
cc:
Subject: 1 on 1 follow up

We need to discuss your document that you sent me.  I was not able to copy/paste or print it to respond to what I agreed to or did not agree to.

I am sorry to hear that you were so stressed from our conversation that you were sick today.  When you return, we should discuss this and your feelings further.  I did not leave the room feeling that you were this disstressed and I'm sorry that I did not pick up on this.  I am usually very perceptive.  I hope you feel better.

Dawnsky



**Diane Poland**
**/GIS/CSC**

06/15/2001 02:27 PM

To: Maureen Summers/CEG/CSC@CSC
cc:
Subject: Appraisal Meeting Recap

*copy to Maureen*



---------------------- Forwarded by Diane Poland/GIS/CSC on 06/15/2001 02:27 PM ----------------------

Diane Poland/GIS/CSC
06/13/2001 11:22 AM

To:        Dawn M Dworsky/GIS/CSC@CSC
cc:
Subject:  Appraisal Meeting Recap



Good Morning,
As you are aware I am out on emergency sick leave today, our meeting had quite a negative impact on me. But I began writing this letter yesterday and needed to email it to you as soon as possible. Please read the below letter, it is a recap of our meeting yesterday morning.   I sincerely hope we can work together to resolve the unjust situations.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Diane Poland
Appraisal 2000
Follow-up
Manager: Dawn Dworsky
June 12, 2001

Page 1 of 2

I'd like to recap this mornings' discussion, and to clarify items discussed.  The meeting opened with your apology for not having an electronic copy of your comments to my appraisal in the lotus notes career dbase.  You stated that factors prohibited you from completing all your appraisals in a timely manner, but you will get your completed information to me as soon as possible.  You also expressed to me that I should not have any concerns about your being bias to others in the group because you play hockey with them, or talk hockey with them as in the case of Randy Miller.

Our discussion began with my appraisal rating, salary increase, and promotion for appraisal year 2000.  You informed me that my salary increase is 5%, my category rating is 3, and that a promotion to SMTS did not happen because you were given directives that allowed for only one promotion within Testing and Integration.  I stated that I worked hard throughout the year

in an effort to warrant this promotion that I have been requesting since I received my DAZEL certification (June 2000), and other business skill improvements. You stated your decision to promote someone else was based on seniority. Additionally, you stated that DCeS only has two SMTS persons currently.

In reference to my salary increase of 5%, although I am thankful to receive an increase it in no way negates the fact that I am "grossly and unjustly underpaid" in comparison to my peer. You stated that you had to get your supervisor's approval for me to get 5% instead of the customary 4%, and you were justified because of my professionalism and self-motivating approach to business. Yet, you had a problem getting the 5%, even though I am evidently underpaid. Additionally, you mentioned that this was a fact not known to you because you have been unable to access SALMAN. I met with you last year to request a salary increase/promotion, because of the salary research I conducted - for a person with my skill-set and education. However, today June 12, 2001 you said, "unfortunately you are a victim of an unjust salary problem" within the organization, and it will take time to resolve the issue. Additionally, you stated that, I am not being promoted because your department was given a directive that allowed for one promotion, and that was based on seniority. Your explanations that CSC promotion and salary increase policies do not resolve inequitable salary discrepancies in a timely manner are discomforting.

As my manager, you have expressed your sincere efforts to process a mid-cycle increase that would assist in leveling the salary field between my peer and me. You stated that you do not know how long this process will take; you have engaged HR to further this process. I too will do all I can to move this process forward expeditiously. Additionally, you informed me that my MTSA level SO1 or SO2 (you were not sure of my previous level) has been changed to SO3; you will send me a detail description of what MSTA level SO3 entails. You advised me to reconsider strides towards SMTS because if made an SMTS you could not get approval for a mid-cycle salary increase. However, I have worked very hard throughout the last year to qualify for SMTS, and did not expect any less from CSC. Additionally, I justified in expecting both as I have earned and deserve a salary increase, as well as a promotion. I ask the question if it is possible for a mid-cycle promotion to also be submitted to HR. You stated that it is "very unlikely that a mid-cycle salary increase and promotion would be approved" although you agree there is a problem. Thus, I am thoroughly stressed and dissatisfied with the obvious roadblocks hindering the advancement of my career.

Additionally, we discussed my career goals, I expressed my overall career goal is to excel to a role within managerial ranks while continuing studies towards my Bachelors of Business Administration and improving my technical skill-set. You expressed that there maybe some opportunities for leadership as we move to a more integrated engineering group. With that I interjected that I was more comfortable with the Dazel group before it transitioned. I also expressed that maybe that will change as DCES engineers become more integrated.

In reference to my rating of category 3, you stated that you were directed to categorize a specified number of people per category rating. These specifications were as follows: one person could be rated as a category 1, two people could be rated as a category 2, and all

others had to be category 3 or lower. I expressed my dismay with this revelation because I was rated a category 2, last year and I have performed and improved well above last year's performance. And, as previously stated I am disadvantaged yet again, due to inequitable policies, procedures, and directives. I further expressed concern that being rated a category 3 and not category 2 or 1 gives the appearance in my career record that I have lowered my work ethic and/or abilities, which certainly is not the case. Dawn, you agreed with this summation, and added that as my manager you have nothing negative to express about my work ethics, knowledge, skills and abilities. In fact you stated that I am an "unfortunate victim". However, you did encourage that I continue my self-motivating approach to work, education, technical and business skill improvement. I thank you and welcome your encouragements, but I am left deeply stressed and dissatisfied. I am, through no fault of my own, disadvantaged with a double edge sword having not advanced in title and not in salary after a full year of hard work and initiative. Dawn, you sat across from me and told me that you had to fight to give me 5%, and can't do anymore than that at this time. This is very troubling since it is clear that I am a "victim" of unfair promotion and salary practices, which you also acknowledged exist. If a salary increase and promotion were granted to my peer, I am left with the question, what truly prevents me from being reward for a job well performed?

I thank you for your sincere actions and promise to do all you can to bring my salary to a more equitable engineering level. I look forward to your continued support in this matter. Additionally, I look forward to the SO3 level information, my official commented appraisal, and my notification letter of salary increase.



**Diane Poland**
**/GIS/CSC**

06/17/2001 07:29 PM

To: Dawn M Dworsky/GIS/CSC@CSC
cc:
Subject: Followup Meeting(6-15) Notes



Dawn,

Please read below my recount of our meeting held on Friday, June 15th. I apologize if it "wordy", but i tried to capture as much clarity as needed to illustrate an accurate picture of our meeting. I know you prefer I not send notes with cofidential stamp, but that is customary for human resource matters such as those described herein.

Meeting w/Dawn on Friday, June 15, 2001

This meeting was in reference to my "clarification memo" I email to you after my appraisal meeting held Tuesday, June 12, 2001.

The meeting began w/Dawn stating that she was upset that I felt the need to put her opinions down in writing, for several reasons 1. She does feel that I am unjustly being paid in comparison to my peers, but this is only her opinion and not fact substantiated by CSC policy 2. She does not like that fact that a memo that contains her opinions might find its way to Human Resources and 3. She feels she cannot be honest with me if I am putting her opinions in writing. I recognized and accept from you, Dawn that your statements are your opinion. However, you stated that you looked at SALMAN, and compared my salary to that of my peers, to come to your opinion. And for me the evidence you said you saw in SALMAN, validated my early meetings with you about my salary level. Thus it made it fact for me, that I am salaried less than that of my peers. Dawn you did make it clear that your conclusion are your opinion and that CSC has to make the final determination if I am salaried inequitably. I agreed with you the statements you made about my salary were your personal opinion, and that CSC has to now look at my situation and rendered a resolve to this problem.

Dawn you ask me to explain why I am so stressed and dissatisfied, as stated in my meeting recap memo. I stated that although I am appreciative of the 5% raise it is still disheartening to know that I am unjustly being paid as apposed to my peers, and that small increments of this nature will never bring me to the equitable level. And the fact that my percentage of pay increase and category rating was based on a directed or predestined pool of employees is very dissatisfying. Dawn you stated that these procedures are in place to prevent biasness. It is my opinion that these procedures seemingly promote biasness. Because it does not matter how well you perform throughout the year odds are you will be directed to be appraised at a general category rating of 3 and most likely be given a 4% salary increase or less. The fact that I had to be approved to receive 5% is in part due to the recognition that my salary is unfairly levied. Hence, I am still an unfortunate victim to a forgone conclusion. A directive that

grants a manager the approval of 1 employee to be rated a category 1 and 2 employees to be rated a category 2, does not fairly rank its hard working employees. Even though I was given a 5% rate increase that had to be approved, how does this justly reflect a fair impartial appraisal system? How does this directive prevent discriminatory or bias appraisals?

Additionally, several times, mid year I spoke with you, Dawn in reference to my getting a salary increase, hot skills pay, and a promotion. During these meetings you stated you would look into getting hot skills pay, and that I was on the "right path" to getting a promotion to SMTS. But in fact, it does not matter if you are on the "right path" to promotions, because a predetermined pool of promotions directs that end result. Additional, past discussion we have had centered around salary increases rested with my getting a promotion or increase at the end of the appraisal cycle. Never once had it been suggested that I could possibly be a candidate for a mid-cycle increase. Dawn, you did acknowledged that you are a new manager and that mentoring is not readily available. And you did not know and still are not certain that a mid cycle increase is possible. However, you are working with Human Resources to resolve to explore the possibility.

In regards to my dissatisfaction with my category 3 rating, Dawn said she is satisfied with that rating. She stated that my skills are not the same as Maryanne and Randy, I noted that their skills are not the same as mine. Additionally, I corrected that this appraisal should have been based on year 2000 and my peers throughout this appraisal cycle were Ted Mitchell, Lawrence Reimer, Sandy Martin, Maryanne Doll Johnson, and Paul White. However, this should not matter, because no two people work the same. When I came onboard the managed print Dazel team I noticed that everyone was cross-trained, and that team members recognized each other's expertise. I worked hard at learning what I did not know about manage print and Dazel. After a short time of training, I aligned to work more with Dazel than manage print. I recognized the team needed someone else to assist Maryanne in managing and administering Dazel, thus I worked hard towards getting my certification and being a productive team member. Thus Maryanne and I are the two certified employees on the Dazel team to date. Although the team has Peter Lang, Architect, he is not directly involved in the day-to-day management of Dazel.

Dawn, you also stated that you do not believe that I am capable of engineer a solution to a project alone, while you believe that Peter and Maryanne are capable of doing such. My response to that is that for the last year I have worked with both Peter and Maryanne I have yet to see a solution engineered without team collaboration. I added that I highly respect Peter and Maryanne's capabilities and skills and I like to think that they respect mine. We have worked hard together this past year. Dawn later agreed stating that she has witnessed that both Maryanne and I have been Peter's eyes and hands when helping resolve Dazel issues and/or engineer a solution. However, that fact that you stated an expectation of me that I have not seen exhibited by my peers, gives me further reason to be concerned. Thus, why would I be expected to engineer a solution alone, when my peers do not engineer solutions alone? Dawn, you stated that

you feel that if Peter where not here today, that Maryanne could engineer a solution alone. I replied that we had discussed this in the past and reminded you, that Maryanne stated that while Peter work is exceptionally his solutions could be engineered albeit it will take Diane and I longer to complete than Peter. Dawn, you went on to say that I do not work the same as Maryanne, however, conversely Maryanne does not work the same as I. Is she rated a category 3 because she does not work the same as I. We are both skilled employees, why is it being pointed out that I am not the same as a peer, when no two peers are the same. Thus, I remain dissatisfied by these comments, and the aforementioned alike-comments. I remain dissatisfied with my category 3 rating, given the aforementioned factors, and seniority.

Dawn stated that she has noticed a remarkable change in me since I have moved downstairs. She feels that I am not willing or unable to deal with change. My reply is that I have been working for 20+ years in all kinds of positions and situation and I have never been found by my supervision to be unable to deal with change. And in fact, I have always taken the lead in developing processes and communications to help employees deal with every changing work environments. Additionally, I have never been placed in such a situation that I cannot have a working relationship with my peers. I noted that I was a new employee with this team for one year, before the team was transitioned to you and I worked extremely well with my peers, and vice versa. The team members knew and respected each other's areas of expertise. And, if anyone needed assistance, we never hesitated to ask or share information; this cooperation among team members facilitated a productive work environment. I further noted that since the transition the group has a bias partition. Team members have been transitioned to other teams; and others have been added that are your friends. I further replied that yes I do feel like an outsider in a group now made up of very good friends of the manager. And that does not make me incapable to deal with change that makes me a participant in a work environment that is bias founded, in my opinion.

Dawn you also stated that you have witness that I am not communicating with my peers. I did not agree with statement either. What is being witnessed is the fact the team is not communicating as a whole, and not just I am not communicating. If am made to feel "like the odd ball or outsider" by conversations going on around me and not with me. The added comments that I cannot deal with change and I am not communicating are facilitating this type of work environment for me. Dawn, you also stated that you no longer witness team meetings; I agreed that team meetings are not happening as they did in the past. But why is the question given to me and not sent out as a general inquiry to everyone? The implication is that somehow team meeting are not occurring and communication is not occurring because of some fault of mine. You stated that is not the implication; however, that's what it feels like since the inquiry was directed at me. I conclude that team meetings are not happening because there is a team communication problem. And I am not the fault barrier for this problem. Dawn you agreed with this account. It was noted that this problem has only arisen after the team transition, and for me it has arisen from the newly created work environment. Dawn, we did agree that the current team is still productive however, productivity can and will eventually be a problem as well. We further agreed to in an effort to solve the

problem, the team should meet and discuss the problem of communication. I agreed to call a meeting as soon as possible so that we, as a team can begin to work on this problem.

We also discussed the email I received from you yesterday morning (June 14th ). In which you ask me, pointedly is this project was finished. I ask why was this message sent to me and when did USPS become a project? Dawn you stated that the client ask you if the project was finished, and you assumed it would be complete because there only 100 users. My reply to that is that is more information than I have every received about the project. And that it has only been suggested in past meetings that USPS was interested in Dazel, not that it was a defined project. At no point had anyone come to me and stating that USPS is now a project and we need you to begin technical/engineering work. Dawn you then stated to me that "we" knew about this project. I ask Dawn who are "we" when my team members and I did not know this was a project. I made it a point to ask them after receiving your email. Additionally, I stated that in the last staff meeting you stated that USPS is thinking about Dazel. Maryanne and I stated in that meeting that the USPS would have to be scheduled after the DSAP, DDE, DPC/PTI, and Minerva projects. Further, I stated that I had received exactly 2 emails discussing the preliminaries of the project and that was all I received in reference to USPS. And I forwarded those 2 emails with comment to you, in reply to your inquiry. You stated that there is know way for you to keep track of all the projects and that and that I should have inquired, "Where is this work?"  I strongly disagree with the comment, that I should be inquiring about work merely suggested might be coming. I stated that all projects have to go through CSC business strategies before it is handed over to any technical person, should I assume that when you say "project coming or thinking about" is should automatically be considered a project; and even so, do I initiate projects from infancy? I replied that is not normal procedure. Your reply was no I do not have to initiate a project. You also added that communications must have broken down by the workflow person, Diane Bowers, who will soon be on maternity leave and not returning to project work. Her replacement will be expected to keep abreast of projects and project statuses. I agreed with that resolve.

Dawn ask me if I was satisfied with this meeting, my reply was that I am satisfied with the paths-forward and work in progress to resolve the issues. The paths-forward include but are not limited to Dawn and Human Resources meeting to further explore the problem of salary discrepancy; I will meet with my team members in an effort to assist the team in resolving our communication problem; and I find it incumbent upon me to aid in the resolve of all my concerns.

I am not satisfied with my category 3 rating, and not being promoted to SMTS. Dawn you stated that you would make me an SMTS, if that would make me happy. However, you feel it would do me more harm than good, because of my current salary issues. If this is truly the case, then after Human Resources' determination about my salary, I then would like to further discuss my promotion to SMTS retroactive to year 2000 appraisal.



**Diane Poland**
**/GIS/CSC**

06/18/2001 10:20 AM

To: Maureen Summers/CEG/CSC@CSC
cc:
Subject: Followup to Meeting



Good Morning
Maureen,

Please read the following note for recap and clarification of our meeting held Friday, June 15 at 2:30pm.

Meeting w/Maureen Summers Friday, June 15, 2000 at 2:30p

The meeting w/Maureen began at 2:30p. Maureen asks me how she could help me? I replied that I am being discriminated against based on race and sex. And I'd like some advice on how to deal with the problem. She asks me to explain. I stated that Dawn Dworsky, my manager is discriminating against me based on race and she is setting that same tone among my peers, thus negatively affecting my work environment. Additionally, I stated that am being discriminated based on race and sex in relation to my salary level. All these factors are causing me great stress and anxiety in my daily work environment.

Additionally, stated to Maureen that I have never been placed in such an environment by management. I explained that Dawn systematically removed members of the group she did not get along with or did not like (Sandy Martin, Lawrence Reimer, and Ted Mitchell) to replace them with her friends. Additionally, she created a part-time position for a hockey friend of hers' and Maryanne's. Since these changes I have been made to feel unwelcome, and unappreciated.

Since, Dawn transitioned Audrey Daigger and Randy Miller to the team, team communication is not inclusive. Randy during training sessions would be bothered when I ask him to please excuse me when I had to go in and out of my file drawer for my purse. I repeatedly would ask that he move further back so I could reach my handbag. Also, one morning Maryanne, Randy, Dawn, Paul and I were joking about print devices and I stated to Paul that he was Tim Allen, printer man, Dawn, proceed to walk away from the group saying rather loudly, that "I spell it now". I ask my co-workers what she meant by that, and my team members said she was talking about something else. And that was all that was stated. I never forgot that comment because everyone else knew what she meant, and it was such an odd comment. I later came to understand what Dawn's comment meant. I notice on occasion when Randy would had to sit between Maryanne and I to train on Dazel, he would sit next to me holding his hands over nose and mouth. I also notice that when he sat only with Maryanne he did not sit in this manner. I've worked very closely with Maryanne for over a year and she has never sat next to me in such a position. Nor had I ever experienced my manager, rudely and loudly make a comment like "I smell it now" as they walked through and aisle with numerous CSC employees present. I have taken offense to Randy and Dawn's

actions. As stated previously I have worked very closely with the managed print team and my previous manager for over a year, and I have never been so insulted. Another note worthy incident is, one morning Paul and I were having normal morning chit-chat over coffee and tea at my desk, when Dawn decided to join us. She stated that her son was graduating today, and that the graduation was being held at church. She was hoping that the graduation wasn't going to be boring. Dawn then stated to me that "she went to a black church recently and they really get all dressed up, they really know how to jam, and they had a sound system and everything, they really know how to party. I said in reply to Dawn, that not all African-American churches loud, and not all people who attend African-American churches dress-up, and many churches have sound-systems. I went on to say that Paul's church has a sound system; he works on it all the time. I found Dawn's comments very prejudice and offensive. Dawn has set a tone of discrimination among my peers that did not exist prior to the team transitioning to her management. Also, she has created such biasness in the team build up that anyone who is not her "friend" or sucks up to her is no longer considered a productive team member or she labels them as not being able to deal with change. This is definitely unfair and unjust treatment. Unfortunate for me, it seems, I have the added benefit of being the only African-American on the team, and thus I am faced with the burden of favoritism and racial discrimination, directed by Dawn. I am not the only team member that has found Dawn's actions discriminatory, recently removed team members, also find Dawns, managerial decisions to be very bias. They fortunately do not have to the added burden of racial discrimination.

Additionally, racial discrimination is playing a role in my salary level discrepancy. I have peers of all nationalities at CSC and I have witness their careers either soar or stand still, yes based on many factors, but upon my research I find that many African-American females are disproportionately salaried; as compared to our African-American male counterpart, white counterparts, and others. For example, I have worked side by side with my co-worker this last year, and we have always worked well together. We do well above what is required of the job, i.e., come in and/or dial-in at any hour to resolve a Dazel problem, pro-actively maintain a system to reduce the chances of anyone on the team getting a problem call, etc. Yet, I am disproportionately being paid in comparison to my peer and peers of last year (Maryanne, Paul, Ted and Larry). I am aware that seniority plays some part in this problem; but does it to the evidentiary degree that it is – or – does race and sex have a bigger role in this determination?

Maureen stated to me that Dawn has scheduled a meeting with Sonia Koplowicz, next week. I was surprised to find this out because; my initial call to HR Employee Relations was to Sonia Koplowicz, Employee Relations Specialist on Wednesday, June 13th at approximately 9:30am. The message I left for Sonia, stated that I was out sick due to stress, after a meeting I had with my manager Dawn Dworsky concerning my appraisal. I did not receive a call back from Sonia until Thursday, June 14th at approximately 10:45am. This was after I left a message on her desk and another voice mail. I placed the initial call to Sonia, because, she was referenced to me by Guru Siekierka, VP HR, GIS and Jerry Flowers, Human Resource Manager. To later find out that Sonia had

cancelled a meeting with me and is meeting with Dawn, has added another level of anxiety for me because Sonia has only spoken with me one time. Sonia's only question to me in our brief phone conversation was for me to briefly describe my problem to her, because she had a meeting she had to attend momentarily, thus I replied discrimination. Sonia then scheduled to meet with me at 1:30 in the afternoon. However, I find later that same day, from Maureen that Sonia had cancelled our meeting, and that Maureen will meet with me en lieu. Sonia did not call to cancel the meeting she reference my case to Maureen. Maureen affirmed that this is normal protocol and that my situation is a priority to her, unfortunately she will not be able to meet with me today, because of a dental problem. She will meet with me tomorrow morning. To find out in my meeting with Maureen that Sonia is meeting with Dawn, next week, unfortunately does not alleviate any stress, it adds to the mix of problems. I hope my fears and anxiety are misplaced in this situation. My messages to Sonia were marked confidential and or private. It is very hard for me to have come forward with these complaints after a year and several months. I waited for several reasons, but unfortunately the yearend results proved to validate the problems.

Maureen and I also discussed a path forward. She will sit in on the meeting with Sonia and Dawn, to discuss my concerns of racial discrimination, salary discrepancy, and backlash. I noted to Maureen that I am fearful of the end result of this meeting, and noted that I would like to be detailed to another department should my work environment become to stressful for me to continue working within it. She said that yes, this would be an option, however, CSC has very explicit policy against discrimination and harassment, and it will not be tolerated. I thanked Maureen, but noted that I am afraid of continued backlash, because it has already started. As illustrated by Dawn's comments to me early today that I can not deal with change, that I do not communicate with my team members, and I am not skilled the same as my team members, as noted in the copy of my follow-up memo attached to this eamil. Backlash is further illustrated in an email I received from Dawn, on Thursday, June 13th , the morning after I called in sick due to stress. Upon my return to work (Thursday, June 14th ) the backlash began. I believe Dawn sent this email in response to my an appraisal meeting recap/clarification memo I email to her on Wednesday, June 13th . I had expected to get a visit from Dawn or an email in response to my memo, but nothing like I received. Instead, the first email I received from Dawn was a memo inquiring if the United States Post Office (USPS) project was complete. I was incensed at this inquiry because it has only been suggested to the Dazel Team that USPS was considering implementing Dazel. I immediately ask my co-worker if she knew that USPS was a project, Maryanne's response was no she did not. I then walked over to Sonia's desk, and left her a note to please contact me as soon as possible, it was approximately 9:30am, and I waited an hour then called Sonia and left a voice message at approximately 10:30am. I recounted, the conversation Dawn and I had in our morning meeting (Friday, June 15th at 9:30am), where Dawn stated to me that

"we" knew about this project. I ask Dawn who are "we" when my team members and I did not know this was a project. Additionally, I stated that in the last staff meeting you, Dawn, stated that USPS is thinking about Dazel. Maryanne and I interjected at that time that the USPS would have to be scheduled after the

DSAP, DDE, DPC/PTI, and Minerva projects. Also, I stated to Dawn that I had received exactly 2 emails discussing the preliminaries of the project and that was all I received in reference to USPS. She said that there is know way for her to keep track of all the projects and that I should have inquired where is this work. I strongly disagreed with this comment. I replied that all projects have to go through CSC business strategies before it is handed over to any technical person. Should I assume that when you, Dawn, say "project coming or thinking about" it should be considered a project; and even so, do I initiate projects from infancy? Dawn said, no, that communication must have broken down by the workflow person or the project management office. She went onto say that she will speak with the person assigned to work flow to find out what happened. She also stated that as the Dazel team grows there is an increase need for a Dazel Project Lead or Work Flow employee who will be expected to keep abreast of projects and project statuses. I agreed with that resolve." Other comments made at this mornings meeting can be found in the attached note.

However, I am increasingly being pointed out by Dawn to have all these extraordinary duties where I do not see my peers having this problem. Also it appears now that Dawn has a lot of negative comments about my work ethic where she did not have these comments in our initial appraisal meeting, held Tuesday, June 12th . I also stated to Maureen, that I believe that I will continue to be discriminated against and I believe the harassment is only in its beginning stages. Maureen said she would schedule to meet with Dawn and Sonia to discuss my issues. I explained to Maureen that I am fearful of the outcome of that meeting, and that I am certain that I will be forced to move to another position. Maureen asks me to try and be patient while she works through these issues with Dawn. I said to Maureen I understand her path forward, but I know my problems will only become more complicated with time, and confidentiality out the window.

It seems an impossible task to entrust Dawn Dworsky, my manager with an impartial and non-bias evaluation of my job, nor could entrust her to positively affect my career at CSC.

NOTE ATTACHMENT************************



6-15 recap mtg .doc



**Diane Poland**
**/GIS/CSC**

06/26/2001 08:42 AM

To: Maureen Summers/CEG/CSC@CSC
cc:
Subject: Update

Good Morning,
Maureen,

Dawn, has informed me that she met with you and Sonia last Friday.  Can you please send me and update of that meeting and/or inform me of what was discussed and what are the paths forward and the estimated time schedule of resolve of the issues.

You can reply to this email or I can meet with you sometime today or tomorrow.


Thanks
Diane Poland



**Maureen Summers
/HI/CSC**
Sent by: Maureen
Summers

06/26/2001 09:48 AM

To: Diane Poland/GIS/CSC@CSC
cc:
Subject: Re: Update

I am replying e-mail because I have a day full of meetings today and am in Falls Church on Wednesday and Thursday.

Sonia and I did meet with Dawn on Friday. The next step is for Dawn, you and I to meet and discuss

- expectations for a S03 at a rating 1, 2, 3
- review your performance appraisal, goals, and merit increase
- discuss your salary and how it fits within your level
- PSPP requirements

These are the basic topics and Dawn may want to add or modify what you see here. She is going to document the expectations and then schedule the meeting.

Does this help?

Maureen

Diane Poland/GIS/CSC

    Diane Poland/GIS/CSC
06/26/2001 08:42 AM

To:      Maureen Summers/CEG/CSC@CSC
cc:
Subject:  Update

Good Morning,
Maureen,

Dawn, has informed me that she met with you and Sonia last Friday. Can you please send me and update of that meeting and/or inform me of what was discussed and what are the paths forward and the estimated time schedule of resolve of the issues.

You can reply to this email or I can meet with you sometime today or tomorrow.


Thanks
Diane Poland



**Diane Poland**
**/GIS/CSC**

06/28/2001 10:34 AM

To: Maureen Summers/CEG/CSC@CSC
cc:
Subject: Re: Update

Yes, Maureen
That did help. I have only heard PSPP refered to as Hot Skills. Thanks for the info. I am also interested in the follow-up of my salary level. What was discussed and determined in reference to this topic? Additionally, are there specific time frames set to resolve the issues, aside from the action plan of meeting with you and Dawn sometime in the future.

I am out of the office today, but I can be reached via email and or voice mail.

Thanks
Diane
Maureen Summers/HI/CSC on 06/27/2001 11:16:35 PM



Maureen Summers/HI/CSC on 06/27/2001 11:16:35 PM

Sent by:  Maureen Summers/CEG/CSC

To:       Diane Poland/GIS/CSC@CSC
cc:
Subject:  Re: Update

There are requirements individuals have to meet in order to qualify for the Premium Skills Pay Program. You have to fall in the category of experienced or expert in order to qualify. You inquired about this when we had our face to face meeting. Does this help?

Maureen



**Maureen Summers**
**/HI/CSC**
Sent by: Maureen
Summers

To: Diane Poland/GIS/CSC@CSC
cc:
Subject: Re: Update

06/29/2001 09:13 AM

Hi -- glad it helped.  I will contact Dawn to see when we can meet to discuss the issues.  We did not set a specific timeframe for the discussion, but it is a priority.  Will let you know...

Maureen

Diane Poland/GIS/CSC

       Diane Poland/GIS/CSC
                           06/28/2001 10:34 AM

To:       Maureen Summers/CEG/CSC@CSC
cc:
Subject:  Re: Update

Yes, Maureen
That did help.  I have only heard PSPP refered to as Hot Skills.  Thanks for the info.  I am also interested in the follow-up of my salary level.  What was discussed and determined in reference to this topic?  Additionally, are there specific time frames set to resolve the issues, aside from the action plan of meeting with you and Dawn sometime in the future.

I am out of the office today, but I can be reached via email and or voice mail.

Thanks
Diane
Maureen Summers/HI/CSC on 06/27/2001 11:16:35 PM

**Maureen Summers/HI/CSC on 06/27/2001 11:16:35 PM**

Sent by:  Maureen Summers/CEG/CSC

To:       Diane Poland/GIS/CSC@CSC
cc:
Subject:  Re: Update

There are requirements individuals have to meet in order to qualify for the Premium Skills Pay Program.  You have to fall in the category of experienced or expert in order to qualify.  You inquired about this when we had our face to face meeting.  Does this help?

Maureen



**Diane Poland**
**/GIS/CSC**

07/09/2001 11:59 AM

To: Dawn M Dworsky/GIS/CSC@CSC, Maureen
Summers/CEG/CSC@CSC
cc:
Subject: Meeting July 3rd Followup



Here are the notes I have written to clarify our meeting held July 3rd at 2pm in Human Resource conference room. I will also be forwarding to you my comments on the documents shown and given to me at this meeting. We can meet to discuss them further, if appropriate.

- Meeting 2pm –4pm
- Meeting began with Maureen stating that specific individuals specific jobs, salaries, etc can not be discussed in this meeting out of fairness to those individuals
- Dawn then began discussing items on the agenda as listed below

**1.    Discuss of Salary and how it fits within my salary level & Rating and Expectations for a S03 at a rating 1, 2 ,3**

o    I was allowed to view the Chemical Group quartile-rating document, but was not given a copy, because Maureen and Dawn said these documents are confidential

o    Maureen explained that the quartile rating is based on the chemical engineering group; not the GIS group of which I am an employee of

o    Dawn and Maureen agreed that the salary increase Dawn requested and was authorized fits within this Chemical Group quartile system/criteria; however, this criteria is a standard used for another department and not for the department that I am in

o    I was told by Dawn and Maureen that my salary is in 1st quartile as per the Chemical Group quartile system  -- I ask what qualifications put me in the 1st quartile for the past two years  -- no one could answer this question

o    Maureen stated that GIS does not condone the Chemical Group quartile system yet she provided Dawn with this information to "satisfy" my current salary level – this response is no more just than Dawn telling me I am unjustly being paid in comparison to my coworkers and now recanting with documents that do not apply to my situation

o    Dawn stated at my appraisal and at this meeting that she increased my level from SO2 to SO3, but the documents shown to me by her and Maureen show that I was made an SO3 level May 2000; thus Dawn only managed to increase my salary 5% for my 2001 appraisal

o    I was given a typed Rating and Expectation document from Dawn – she just prepared this document several days prior to this meeting, per her admittance – thus she has made me subject to expectation unknown to me for over 1 year – further if her expectations were any different from the previous manager she never made those difference known until today July 3, 2001, I have been under Dawn's management since July 2000

o    I ask Dawn what exactly did I not do to be promoted -- with Maureen's direction, Dawn began reading off the expectation sheet she had just typed several days prior to this meeting -- she read from the column titled SO4. -- Additionally Maureen said it is highly unlikely and rare that an employee is promoted two consecutive years -- I replied if an employee has earned it why would it not be approved by their manager  -- I noted that employees in CSC can and are promoted mid-cycle as well as in consecutive years

o    Dawn said that she can not consider my business college courses as part of my expectations fulfillment because they are not technical and do not help in my everyday job  -- Maureen said nothing to this – I replied that I strongly disagree, my business course help me daily with time and project management, and communications with clients, coworkers, etc.

o    The Rating and Expectation documents given to me by Dawn and Maureen does not resolve the rating and salary dilemma of the past year per and only now provides a scope for expectations for the path-forward in this job

o        I ask for a copy of my position description was told they are very general and/or non-existent; the expectations written and set by Dawn should be considered my official duties, once again expectations not supplied to me for 1 year and would not have been supplied had I not felt subject to biasness

o        The mid-cycle increase/promotion suggested in prior meetings, now comes with a condition of testing by Dawn and a mid-cycle review by Dawn -- my response I do not trust that Dawn can make an objective determination given all the issues and resulting circumstances; how many other CSC employees are subject to test before being considered for promotion?

**2.        Review Performance Appraisal, goals, and merit increase**

o        I was given a copy of my appraisal

o        No items of negativity written

o        No mention of not meeting expectations

o        Dawn made a point of noting my goals listed in my Independent Development Plan – all the goals listed are business managerial goals, she said they are not technical, thus she could not consider these objectives substantial to my career advancement --my response: business and technical skills help me to perform my job daily and are very important to my career path; as I had written in my IDP

**3.        PSPP requirements**

o        Dawn said that I was put on the hot skill list and was removed because I did not complete  CBT(s) in the needed areas, i.e., UNIX, Shell, Perl; additionally I was not certified in any of these areas, thus I was not given hot skills pay

o        I informed Dawn and Maureen that I had completed several Unix and Shell CBT(s) and I am certified in Dazel which uses all these skill-sets daily; Dawn stated that did matter that I was using these skills daily if I was not certified in them, because only person's certified in specific skills are given hot skills pay  -- I am "ok" with this if this standard is applied across the board

**4.        Dazel Team Meeting Follow up**

o        Dawn informed me very angrily that she was told by several members of my team that I said that she was bias; and they came to her because she believes they were concerned for her  -- my response: I said I didn't say anything to them that I hadn't said to her in our meeting and in writing; and I do feel that she is bias and the fact that she heard them and did not hear my concerns is evidence to me she is bias; Dawn was very agitated by what the team (her friends/coworkers) had to say, and not at all concerned that I am being treated  unfairly and made to feel like the "odd ball out" – I stated to Dawn and Maureen that the way Dawn has populated the team (placing coworkers/friends into positions that were never posted)  is bias based and it has caused problems that are not seemingly correctable since Dawn does not feel she has done anything wrong -- Dawn responded that she had a business need for these positions and did not have the budget for new head counts, but one addition is a new head count

o        Dawn stated that the team was upset by my comments and feel uneasy around me  - that was strange to me because the team after our team meeting seemingly communicated better  – Dawn replies was that I felt better – I replied that I was given a "to do" from the appraisal meeting to discuss the issues with the team, and that is what I did, the team did not voice any concerns to me at our team meeting  - instead they chose to go to Dawn – also at no time did Dawn and I agree that I would only discuss some things and not others, only when her coworkers/friends came to her did she feel the need to be upset with my communication with the team  -- further nothing was said to me by the team or Dawn until July 3, 2001

o        Additionally, Dawn was angry about my requesting information from Maureen, she accused me of going behind her back to HR; I explained to her and Maureen that the note I sent to Maureen on June 29, 2000 was a follow-up from the meeting I had with Maureen (June 15, 2001); I also added that I do not have to speak with Dawn every time I speak with Maureen, Sonia or anyone else in HR; and I do not have to contact Maureen when I speak you, Dawn  -- Maureen apologized, said it was a miss communication; contacting and forwarding my message to Dawn after I requested a follow-up with her

o        I informed Dawn and Maureen that I will no longer communicate with them or my coworkers in reference to these issues; I will only respond to the documents presented to me in this meeting per our agreement.

The two-hour meeting ended with me having to look over all the documents given to me and to response back to Maureen and Dawn with a meeting invite.

o        I will read over the hard copy materials given and call the next meeting with Dawn and Maureen



**Dawn M Dworsky**
**/GIS/CSC**

07/10/2001 10:42 AM

To: Diane Poland/GIS/CSC@CSC
cc:
Subject: Follow Up Meeting-Reschedule

Diane,

I am not going to be able to attend your proposed time for this meeting today. I have a meeting at BMP35 from 1 to 3 and cannot get back here in time to meet with you today. I am proposing the following times as alternatives. My calendar is open to the public if you would like to look for a different time than I am proposing.

Sorry for the inconvenience and the last minute notice but this BMP35 meeting is scheduled monthly with DuPont by DuPont.

Dawnsky

7/11 - 1:00 to 3:30
7/13 - 8:00 to 9:30, 1:00 to 3:00 (must leave at 3:00)
7/16 - 8:00 to 9:30

## Invitation

Chairperson:          Diane Poland

Start:                07/10/2001 03:00 PM
End:                  07/10/2001 04:00 PM
Room:                 214 South/DE Christiana A

Description:          Response to Documents

Invitees:

Detailed description:
RESPONSE TO DOCUMENTS

I.      Chemical Group Quartile Salary Document

II.     Rating and Expectation for Field Engineering, Dazel

III.    PSPP Document

IV.     Employee Performance Appraisal



**Diane Poland**
**/GIS/CSC**

07/10/2001 01:54 PM

To: Dawn M Dworsky/GIS/CSC@CSC
cc: Maureen Summers/CEG/CSC@CSC
Subject: Re: Follow Up Meeting-Reschedule



I am available to meet tomorrow at from 2-3pm.  Maureen, I checked your calendar, is your schedule still open for tomorrow 2pm?

Thanks
Diane Poland


Dawn M Dworsky/GIS/CSC



**Dawn M Dworsky/GIS/CSC**                    07/10/2001 10:42 AM

To:      Diane Poland/GIS/CSC@CSC
cc:
Subject:  Follow Up Meeting-Reschedule

Diane,

I am not going to be able to attend your proposed time for this meeting today.  I have a meeting at BMP35 from 1 to 3 and cannot get back here in time to meet with you today.  I am proposing the following times as alternatives.  My calendar is open to the public if you would like to look for a different time than I am proposing.

Sorry for the inconvenience and the last minute notice but this BMP35 meeting is scheduled monthly with DuPont by DuPont.

Dawnsky

7/11 - 1:00 to 3:30
7/13 - 8:00 to 9:30, 1:00 to 3:00 (must leave at 3:00)
7/16 - 8:00 to 9:30


 **Invitation**

Chairperson:       Diane Poland

Start:             07/10/2001 03:00 PM
End:               07/10/2001 04:00 PM
Room:              214 South/DE Christiana A

Description:       Response to Documents

Invitees:

Detailed description:
RESPONSE TO DOCUMENTS

I.      Chemical Group Quartile Salary Document

II.     Rating and Expectation for Field Engineering, Dazel

III.    PSPP Document

IV.     Employee Performance Appraisal



**Maureen Summers /HI/CSC**
Sent by: Maureen Summers

To: Diane Poland/GIS/CSC@CSC
cc: Dawn M Dworsky/GIS/CSC@CSC
Subject: Re: Follow Up Meeting-Reschedule

07/10/2001 02:36 PM

Diane -- as we discussed on the phone, I am available to meet on Wednesday @ 2pm in the HR suite.

thanks,
Maureen

Diane Poland/GIS/CSC



Diane Poland/GIS/CSC
07/10/2001 01:54 PM

To:        Dawn M Dworsky/GIS/CSC@CSC
cc:        Maureen Summers/CEG/CSC@CSC
Subject:   Re: Follow Up Meeting-Reschedule



I am available to meet tomorrow at from 2-3pm. Maureen, I checked your calendar, is your schedule still open for tomorrow 2pm?

Thanks
Diane Poland

Dawn M Dworsky/GIS/CSC



**Dawn M Dworsky/GIS/CSC**                    07/10/2001 10:42 AM

To:        Diane Poland/GIS/CSC@CSC
cc:
Subject:   Follow Up Meeting-Reschedule

Diane,

I am not going to be able to attend your proposed time for this meeting today. I have a meeting at BMP35 from 1 to 3 and cannot get back here in time to meet with you today. I am proposing the following times as alternatives. My calendar is open to the public if you would like to look for a different time than I am proposing.

Sorry for the inconvenience and the last minute notice but this BMP35 meeting is scheduled monthly with DuPont by DuPont.

Dawnsky

7/11 - 1:00 to 3:30
7/13 - 8:00 to 9:30, 1:00 to 3:00 (must leave at 3:00)
7/16 - 8:00 to 9:30

## 📅 Invitation

Chairperson:        Diane Poland

Start:              07/10/2001 03:00 PM
End:                07/10/2001 04:00 PM
Room:               214 South/DE Christiana A

Description:        Response to Documents

Invitees:

Detailed description:
RESPONSE TO DOCUMENTS

I.      Chemical Group Quartile Salary Document

II.     Rating and Expectation for Field Engineering, Dazel

III.    PSPP Document

IV.     Employee Performance Appraisal



**Dawn M Dworsky**
**/GIS/CSC**

07/11/2001 11:44 AM

To: Diane Poland/GIS/CSC@CSC
cc: Maureen Summers/CEG/CSC@CSC
Subject: Re: Follow Up Meeting-Reschedule

I am available from 2 to 3 pm today. I will see you in HR.

Dawnsky
Diane Poland/GIS/CSC

 Diane Poland/GIS/CSC
07/10/2001 01:54 PM

To:        Dawn M Dworsky/GIS/CSC@CSC
cc:        Maureen Summers/CEG/CSC@CSC
Subject:  Re: Follow Up Meeting-Reschedule



I am available to meet tomorrow at from 2-3pm. Maureen, I checked your calendar, is your schedule still open for tomorrow 2pm?

Thanks
Diane Poland

Dawn M Dworsky/GIS/CSC

 **Dawn M Dworsky/GIS/CSC**           07/10/2001 10:42 AM

To:        Diane Poland/GIS/CSC@CSC
cc:
Subject:  Follow Up Meeting-Reschedule

Diane,

I am not going to be able to attend your proposed time for this meeting today. I have a meeting at BMP35 from 1 to 3 and cannot get back here in time to meet with you today. I am proposing the following times as alternatives. My calendar is open to the public if you would like to look for a different time than I am proposing.

Sorry for the inconvenience and the last minute notice but this BMP35 meeting is scheduled monthly with DuPont by DuPont.

Dawnsky

7/11 - 1:00 to 3:30

7/13 - 8:00 to 9:30, 1:00 to 3:00 (must leave at 3:00)
7/16 - 8:00 to 9:30

## Invitation

Chairperson:          Diane Poland

Start:                07/10/2001 03:00 PM
End:                  07/10/2001 04:00 PM
Room:                 214 South/DE Christiana A

Description:          Response to Documents

Invitees:

Detailed description:
RESPONSE TO DOCUMENTS

I.      Chemical Group Quartile Salary Document

II.     Rating and Expectation for Field Engineering, Dazel

III.    PSPP Document

IV.     Employee Performance Appraisal



**Diane Poland**
**/GIS/CSC**

08/23/2001 08:42 AM

To: Sonia D Koplowicz/CEG/CSC@CSC
cc:
Subject: Re: Resume

I will forward my resume to Ed Stewart (E-service Project Manager) & Leanne Thomas (Ed Specialist) today.  However, I am not interested in a any support positions and that is inclusive of UNIX support.  My career path is toward leadership/management. Please inform Leanne as she considers my resume for other positions.

Thanks
Diane Poland

Sonia D Koplowicz/CEG/CSC



Sonia D Koplowicz/CEG/CSC
08/21/2001 02:54 PM

To:       Diane Poland/GIS/CSC@CSC
cc:       Edward T Stewart/CEG/CSC@CSC, Leanne K Thomas/GIS/CSC@CSC, Maureen
          Summers/CEG/CSC@CSC
Subject:  Resume

Diane,

Please send your resume as soon as possible to:
1.  Ed Stewart for the E-services Project Manager position and
2.  Leanne Thomas  for the Education Specialist with Project Management experience.  Leanne also
    knows of a couple other openings in the UNIX area for which she can consider your resume.

The Project Control Analyst position is not being immediately filled due to the current focus to reduce cost.

Please let me know if you have any questions.

Sonia



**Diane Poland**
**/GIS/CSC**

08/23/2001 09:24 AM

To: Sonia D Koplowicz/CEG/CSC@CSC
cc:
Subject: Re: Resume

My goal is to leave this team asap; my goal is not to place my self in any position that is not rewarding and beneficial to me. That was the direction of our meeting. We also discussed my not having to return to HR with any other issues regarding my career path. My career goals have not changed in many years, I have direction. Please do not misunderstand my position, I will not be further harmed, in an efforts to be removed from the management and team of Dawn Dworsky.

Diane Poland

Sonia D Koplowicz/CEG/CSC



Sonia D Koplowicz/CEG/CSC
08/23/2001 09:16 AM

To:      Diane Poland/GIS/CSC@CSC
cc:
Subject: Re: Resume

Diane,

Last we spoke, you requested consideration for anything that would achieve two things for you:
1.  Challenge your knowledge, skills and abilities
2.  Place you on a different work team

Have you changed your mind on your goals?

Sonia

Diane Poland/GIS/CSC



Diane Poland/GIS/CSC
08/23/2001 08:42 AM

To:      Sonia D Koplowicz/CEG/CSC@CSC
cc:
Subject: Re: Resume

I will forward my resume to Ed Stewart (E-service Project Manager) & Leanne Thomas (Ed Specialist) today. However, I am not interested in a any support positions and that is inclusive of UNIX support. My career path is toward leadership/management. Please inform Leanne as she considers my resume for other positions.

Thanks
Diane Poland

Sonia D Koplowicz/CEG/CSC



Sonia D Koplowicz/CEG/CSC
08/21/2001 02:54 PM

To:       Diane Poland/GIS/CSC@CSC
cc:       Edward T Stewart/CEG/CSC@CSC, Leanne K Thomas/GIS/CSC@CSC, Maureen
          Summers/CEG/CSC@CSC
Subject:  Resume

Diane,

Please send your resume as soon as possible to:
1.  Ed Stewart for the E-services Project Manager position and
2.  Leanne Thomas  for the Education Specialist with Project Management experience.  Leanne also
    knows of a couple other openings in the UNIX area for which she can consider your resume.

The Project Control Analyst position is not being immediately filled due to the current focus to reduce cost.

Please let me know if you have any questions.

Sonia



**Sonia D Koplowicz**
**/CEG/CSC**

08/23/2001 11:08 AM

To: Diane Poland/GIS/CSC@CSC
cc:
Subject: Re: Resume

Diane,

No problem.  I am glad to help.

Please let me know when you send the resume.

Sonia

Diane Poland/GIS/CSC

   Diane Poland/GIS/CSC
08/23/2001 10:55 AM

To:        Sonia D Koplowicz/CEG/CSC@CSC
cc:
Subject:  Re: Resume

Sonia,

Thanks for your support.  I am aware of the "very tight" open position status; however, I remain hopeful that there is a "good fit" for me within CSC.  'But for" the bias and hostile actions and reactions of my manager and her staff, I would not be in a "forced" position to move on.  You may or may not be aware, of my past attempt to move on and Dawn decided to inform the interviewing manager that I was receiving a minimal increase which greatly contributed to the decline of that position.  Eventhough the interviewing manager recountered my offer with a said to be maximum amount, Dawn did not change her contributing percentage to the salary offer process. Therefore, please understand why, I will remain cautious as I attempt to move on.

Once again, thanks for you continued support.

Diane Poland

Sonia D Koplowicz/CEG/CSC

   Sonia D Koplowicz/CEG/CSC
08/23/2001 09:42 AM

To:        Diane Poland/GIS/CSC@CSC
cc:
Subject:  Re: Resume

Diane,

Thanks for the response.

You are right, we did discuss your not "having to return to HR with any other issues regarding my career path." To put it in proper context, that discussion took place in response to your request to get you out of your current work team even if it meant getting a position as an administrative assistant or in building services.

As you may already know, the open position selection today is very tight. Managers will hire and transfer employees very selectively. While the Chemical Group and all of CSC remains focused on reducing cost and increasing revenue, open positions will be limited. I would encourage you to consider any open position where you will be able to contribute and where you will benefit from the learning. Otherwise said, please remain open to consider any possibility that will help you reach your goal either immediately or in the future when the economic environment improves.

I fully support your position to not "be further harmed". As I committed to you in our meeting, HR is positioned to partner with you to help you however we can.

Sonia

Diane Poland/GIS/CSC

    Diane Poland/GIS/CSC
08/23/2001 09:24 AM

To:      Sonia D Koplowicz/CEG/CSC@CSC
cc:
Subject:  Re: Resume 📄

My goal is to leave this team asap; my goal is not to place my self in any position that is not rewarding and beneficial to me. That was the direction of our meeting. We also discussed my not having to return to HR with any other issues regarding my career path. My career goals have not changed in many years, I have direction. Please do not misunderstand my position, I will not be further harmed, in an efforts to be removed from the management and team of Dawn Dworsky.

Diane Poland

Sonia D Koplowicz/CEG/CSC

    Sonia D Koplowicz/CEG/CSC
08/23/2001 09:16 AM

To:      Diane Poland/GIS/CSC@CSC
cc:
Subject:  Re: Resume 📄

Diane,

Last we spoke, you requested consideration for anything that would achieve two things for you:
1.  Challenge your knowledge, skills and abilities
2.  Place you on a different work team

Have you changed your mind on your goals?

Sonia

Diane Poland/GIS/CSC

    Diane Poland/GIS/CSC
08/23/2001 08:42 AM

To:       Sonia D Koplowicz/CEG/CSC@CSC
cc:
Subject:  Re: Resume

I will forward my resume to Ed Stewart (E-service Project Manager) & Leanne Thomas (Ed Specialist) today. However, I am not interested in a any support positions and that is inclusive of UNIX support. My career path is toward leadership/management. Please inform Leanne as she considers my resume for other positions.

Thanks
Diane Poland

Sonia D Koplowicz/CEG/CSC

    Sonia D Koplowicz/CEG/CSC
08/21/2001 02:54 PM

To:       Diane Poland/GIS/CSC@CSC
cc:       Edward T Stewart/CEG/CSC@CSC, Leanne K Thomas/GIS/CSC@CSC, Maureen
          Summers/CEG/CSC@CSC
Subject:  Resume

Diane,

Please send your resume as soon as possible to:
   1. Ed Stewart for the E-services Project Manager position and
   2. Leanne Thomas  for the Education Specialist with Project Management experience.  Leanne also
      knows of a couple other openings in the UNIX area for which she can consider your resume.

The Project Control Analyst position is not being immediately filled due to the current focus to reduce cost.

Please let me know if you have any questions.

Sonia



**Jennifer Grimme**
**/CEG/CSC**

08/29/2001 10:01 AM

To:  Diane Poland/GIS/CSC@CSC
cc:
Subject:  injury/illness

Diane - Please submit an incident report for your workers compensation claim.  Please follow this link,  and click on "create incident report."  This needs to be submitted before the claim can be processed.

Thank you,
Jennifer Grimme
CSC Global Health & Safety Coordinator
Chemical Group
Ofc: 302/391-6138
Cell: 302/521-7636
Fax: 302/391-7054
e-mail: jgrimme@csc.com



**Diane Poland**
**/GIS/CSC**

09/26/2001 01:53 PM

To: Maureen Summers/CEG/CSC@CSC
cc: Sonia D Koplowicz/CEG/CSC@CSC
Subject: Meeting Follow-up



This email note is a summary of what was discussed in our private meeting yesterday, Tuesday Septemer 26, 2001.

I requested a private meeting with Maureen or Sonia, to discuss future work assignments and the email sent to me by Dawn Dworsky stating that projects previously assigned to me are now complete. I met with Maureen on Tuesday, September 25, 2001, at 2:30pm in the HR conference room. I stated to Maureen, that this will be short I basically had one questions. H R    response    to rehatilitation + work taken from m

We proceeded. I ask Maureen hypothetically, if the projects (DDE, ASPEN, and USPS) stated by Dawn Dworksy as complete are not in fact complete, is this acceptable or condoned behavior by HR? Maureen replied, no, this would not be acceptable. Maureen said she would need to ask Dawn what "complete" means in terms of a project. I explained to Maureen that in terms of Dazel, when a project is complete, the Dazel is completely installed and the system is monitored and maintained. At that point Dazel is in a run and maintain mode. Maureen then stated, what if Dawn were to come back and say "the DAZEL Manual is the only work available and that is it", I said to Maureen I would still question, why were the projects said to be completed if they were not? I would further reiterate my objections to being assigned the Dazel Manual. These objections are: 1) this work was suppose to have been started by Audrey Daigger a student worker, yet the project plan given to me starts at ground zero 2) why would I not resume my normal project work upon my return to "normal" work, since my problems have been with my manager, Dawn Dworsky and my work environment, not the work itself. Maureen suggested to me that I "pick my battles", and said do I want to go back with this information that will cause additional tension. I replied that no matter what I do, my manager would continue to manage in a manner that seems to be acceptable with this office, yet is unjust to me. Additionally, it does not matter if I mention this inconsistency or not, there will be something else tomorrow, next week or next month. Maureen then ask me what I wanted, I said to her I no longer wanted to work for Dawn Dworsky. I also stated I would like Dawn Dworky's action called into question, something that has not and is not happening. Since these meetings began in May 2001, I have been asked to change how I interact with my co-workers, how I do my job, what job I do, etc, but no such request have been made of Dawn Dworsky. This process began with my complaint of managerial bias and business ethics, but I am the one consistently being asked to change.

Maureen went on to ask what has been happening with my job prospects, I told her that I interviewed with e-Business, but the other prospects are not prospects because of the requirement of rotational shift work. Maureen asked me if I would consider the ETS project. I said I could not because I am a single parent, and the travel time would conflict with the time I would be home with my son. I ask if there is any way we could expedite my transfer or temporary detail to another department and she said no, I have to go through the normal transfer process of using the database, etc. The action items from this meeting are that Maureen will speak with Dawn, and I will check the database for any new employment prospects.

Additionally, I received your voice mail today, referencing a meeting you have setup for me with Mike Suman and Dawn Dworsky, to resolve work assignment issues. In my meeting with you I posed one question about the legitamacy of work assignments given to me by my manager. A manager whom I have had continual conflict with since May 2001. I fail to see how the question of acceptable behavior can be answered by Mike Suman. However, I will continue to meet where necessary to try and resolve these problems.

Sincerely,
Diane Poland



**Maureen Summers
/HI/CSC**
Sent by: Maureen
Summers

To: Diane Poland/GIS/CSC@CSC
cc:
Subject: Re: Meeting Follow-up

09/26/2001 05:36 PM

Diane -- at our last meeting, you had questions why you could not be assigned back to your regular projects and you had questions about the new work assigned. The meeting with Mike Suman and Dawn will help you get those work related issues resolved. Let me know how it goes.

Maureen



**Diane Poland**
**/GIS/CSC**

09/27/2001 08:24 AM

To: Maureen Summers/CEG/CSC@CSC
cc: Sonia D Koplowicz/CEG/CSC@CSC
Subject: Re: Meeting Follow-up



Maureen--The primary reason for my calling a private meeting with you was to discuss as noted in my followup notes was/is the incident of me being told by my manager, Dawn Dworsky, that work assignments previously assigned to me are now complete and because of that I am being assigned to write a Dazel Manual. My question then and now is, if the said assignments are not complete, as noted in Dawn's email, does HR condone or accept this type of managerial instruction?

Sure, Mike Suman can discuss with me "why you could not be assigned back to your regular projects and you had questions about the new work assigned", but he can not resolve the issue of my manager telling me work is complete that is not complete. As I stated to you in our last meeting, this is just another retalitory action and another add-on to my hostile work environment, driven by Dawn Dworsky against me. I am asking for assistance in this matter. Please advise.

Sincere Thanks
Diane Poland

Maureen Summers/HI/CSC on 09/26/2001 05:36:46 PM



Maureen Summers/HI/CSC on 09/26/2001 05:36:46 PM

Sent by: Maureen Summers/CEG/CSC

To:      Diane Poland/GIS/CSC@CSC
cc:
Subject:  Re: Meeting Follow-up

Diane -- at our last meeting, you had questions why you could not be assigned back to your regular projects and you had questions about the new work assigned. The meeting with Mike Suman and Dawn will help you get those work related issues resolved. Let me know how it goes.

Maureen



**Dawn M Dworsky**
**/GIS/CSC**

09/28/2001 08:57 AM

To: Diane Poland/GIS/CSC@CSC
cc: Mike Suman/GIS/CSC@CSC
Subject: Project plan

Diane,

Here is the electronic version of the project plan that we discussed yesterday. We will use the standard CSC documentation template. Please let me know if you have any additional questions.



Dazel Operations and Eng Manual Project Plan.mpp



**Diane Poland**
**/GIS/CSC**

09/28/2001 02:30 PM

To: Mike Suman/DEF/CSC@CSC, Dawn M Dworsky/GIS/CSC@CSC
cc: Maureen Summers/CEG/CSC@CSC
Subject: Mtg Followup



This note is to clarify items discussed yesterday's meeting.

- Dawn Dworksy explained that the only work available is the Dazel Manual.
  Other projects are projected for the near future, but the business
  currently needs the manaul completed 1) there currently isn't one developed
  and 2) to assist with long distance training, i.e. Europe.
- I noted that given Dawn's reasoning now, it does not explain why she stated
  the projects were complete, when that is not the case.
- Mike Suman noted that anything prior to today at 1:12pm is history, and he
  wanted to know from Dawn exactly what work is available.
- Dawn stated that the manual is the only work available.
- Mike asks me if I accept that the manual is the only work available for me.
  I replied I have no choice, given the circumstances.
- Mike explained that it is very possible that once I begin this work I may
  not be moved to another project until its completion, inclusive of possibly
  being responsible for training.


In closing, I have accepted the Dazel Project work as a condition of "no other choices"; however, I do not
accept the after the fact reasoning presented by Dawn Dworsky. The projects were not complete then nor
are they complete now. However, having listen to Mike and Dawn, I have no choice but to accept the
work that is available.

Thanks
Diane Poland