IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE POLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-217 (GMS) |
| ) | |
| COMPUTER SCIENCES CORP., ) | |
| ) | |
| Defendant. ) | |

# DOCUMENTS REFERENCED IN RESPONSE TO INTERROGATORY #5

Sonia D Koplowicz/CEG/CSC



Sonia D Koplowicz/CEG/CSC
07/24/2001 10:17 AM

To: Diane Poland/GIS/CSC@CSC
cc:
Subject: Req Number

Diane,

I still have not heard from you. Please provide me with the requisition number for which you forwarded the resume.
Once I get it, I will see what we can do to help you.

Thanks.
Sonia

---------------------- Forwarded by Sonia D Koplowicz/CEG/CSC on 07/24/2001 10:14 AM ---------------------------



Sonia D Koplowicz/CEG/CSC
07/16/2001 02:54 PM

To: Diane Poland/GIS/CSC@CSC
cc:
Subject: Req Number

Diane,

As a reminder of this morning's phone call, please identify the position for which you forwarded your resume.

Thanks.
Sonia



**Sonia D Koplowicz /CEG/CSC**
07/25/2001 07:14 AM

To: Diane Poland/GIS/CSC@CSC
cc:
Subject: Re: Req Number

Not fully dependent on the req. If however, we are able to successfully transfer you to another position, we can take care of the salary issue in one transaction.

Right now, the focus is to ensure a win situation for you and the company.

Sonia
Diane Poland/GIS/CSC



Diane Poland/GIS/CSC
07/24/2001 04:04 PM

To: Sonia D Koplowicz/CEG/CSC@CSC
cc:
Subject: Re: Req Number

Sonia,
I checked for the dbase posting it is no longer there. I will provide you with the req number tomorrow. Additionally, can you tell me what progress has been made in reference to my salary range. Is the req or possible new position dependent at all upon this resolution.

Thanks
Diane Poland


Sonia D Koplowicz/CEG/CSC



Sonia D Koplowicz/CEG/CSC
07/24/2001 10:17 AM

To: Diane Poland/GIS/CSC@CSC
cc:
Subject: Req Number

Diane,

I still have not heard from you. Please provide me with the requisition number for which you forwarded the resume.
Once I get it, I will see what we can do to help you.

Thanks.
Sonia
---------------------- Forwarded by Sonia D Koplowicz/CEG/CSC on 07/24/2001 10:14 AM --------------------------



Sonia D Koplowicz/CEG/CSC
07/16/2001 02:54 PM

To:      Diane Poland/GIS/CSC@CSC
cc:
Subject:  Req Number

Diane,

As a reminder of this morning's phone call, please identify the position for which you forwarded your resume.

Thanks.
Sonia



**Diane Poland**
**/GIS/CSC**
07/25/2001 02:05 PM

To: Sonia D Koplowicz/CEG/CSC@CSC
cc:
Subject: Re: Req Number

Sonia,

To fully understand your reply, can you explain how my transfer to another position is not fully dependent on resolution of my salary issue; and how HR plans to take care of the salary issue in one transaction. Specifically, if I transfer to another position at my current level of MTSA, what is HR's course of action? or if I transfer to a promotional position SMTS, what is HR's course of action?

Thanks
Diane Poland


Sonia D Koplowicz/CEG/CSC



Sonia D Koplowicz/CEG/CSC
07/25/2001 07:14 AM

To:     Diane Poland/GIS/CSC@CSC
cc:
Subject:  Re: Req Number

Not fully dependent on the req.  If however, we are able to successfully transfer you to another position, we can take care of the salary issue in one transaction.

Right now, the focus is to ensure a win situation for you and the company.

Sonia
Diane Poland/GIS/CSC



Diane Poland/GIS/CSC
07/24/2001 04:04 PM

To:     Sonia D Koplowicz/CEG/CSC@CSC
cc:
Subject:  Re: Req Number

Sonia,
I checked for the dbase posting it is no longer there.  I will provide you with the req number tomorrow. Additionally, can you tell me what progress has been made in reference to my salary range.  Is the req or possible new position dependent at all upon this resolution.

Thanks
Diane Poland



**Sonia D Koplowicz /CEG/CSC**
07/26/2001 09:52 AM

To: Diane Poland/GIS/CSC@CSC
cc:
Subject: Re: Req Number

Diane, there will be a salary adjustment irrespective of your next step.

Should you stay in your position, the salary will be adjusted to ensure that your base salary is equitable based on your education, years of experience and years in current position. I am not prepared at this point to give you a figure because there needs to be discussion with your management line to ensure business affordability.

Should you transfer to another position, whether it be a lateral move or a promotion, the amount of your increase would be determined by the hiring manager in an offer. Again, I will make sure the offers are equitable.

Hope that helps.

By the way, do you have the req number.

Sonia

Diane Poland/GIS/CSC



Diane Poland/GIS/CSC
07/25/2001 02:05 PM

To: Sonia D Koplowicz/CEG/CSC@CSC
cc:
Subject: Re: Req Number

Sonia,

To fully understand your reply, can you explain how my transfer to another position is not fully dependent on resolution of my salary issue; and how HR plans to take care of the salary issue in one transaction. Specifically, if I transfer to another position at my current level of MTSA, what is HR's course of action? or if I transfer to a promotional position SMTS, what is HR's course of action?

Thanks
Diane Poland


Sonia D Koplowicz/CEG/CSC



Sonia D Koplowicz/CEG/CSC
07/25/2001 07:14 AM

To: Diane Poland/GIS/CSC@CSC

cc:
Subject: Re: Req Number

Not fully dependent on the req. If however, we are able to successfully transfer you to another position, we can take care of the salary issue in one transaction.

Right now, the focus is to ensure a win situation for you and the company.

Sonia
Diane Poland/GIS/CSC


Diane Poland/GIS/CSC
07/24/2001 04:04 PM

To:      Sonia D Koplowicz/CEG/CSC@CSC
cc:
Subject: Re: Req Number

Sonia,
I checked for the dbase posting it is no longer there. I will provide you with the req number tomorrow. Additionally, can you tell me what progress has been made in reference to my salary range. Is the req or possible new position dependent at all upon this resolution.

Thanks
Diane Poland


Sonia D Koplowicz/CEG/CSC


Sonia D Koplowicz/CEG/CSC
07/24/2001 10:17 AM

To:      Diane Poland/GIS/CSC@CSC
cc:
Subject: Req Number

Diane,

I still have not heard from you. Please provide me with the requisition number for which you forwarded the resume.
Once I get it, I will see what we can do to help you.

Thanks.
Sonia
---------------------- Forwarded by Sonia D Koplowicz/CEG/CSC on 07/24/2001 10:14 AM ---------------------------


Sonia D Koplowicz/CEG/CSC
07/16/2001 02:54 PM

To:      Diane Poland/GIS/CSC@CSC
cc:
Subject: Req Number

Diane,