IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE POLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-217 (GMS) |
| | ) | |
| COMPUTER SCIENCES CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# DOCUMENTS REFERENCED IN RESPONSE TO INTERROGATORY #7

**DIANE POLAND**
12 Berks Court
New Castle, DE 19720
Voice & Fax # (302) 325-2055 dpolwrks@verizon.net

---

**Seeking a professional position that will effectively utilize my technical and business management education and experience.**

---

### PROJECT MANAGEMENT

- Manage simple to complex information technology projects for global clientele.
- Follow standard project methodology through end-to-end product delivery.
- Timely and efficient use of all project tracking and billing tools.
- Ensure milestone dates, on-time delivery of product and financial objectives time/cost.
- Request and manage internal and external resources.
- Interact professionally with client to define scope and project deliverables.
- Participate in and lead workshops to complete process analysis and design.
- Provides product functional design by evaluating customer requirements suggesting enhancements, proposing innovative solutions and preparing external documents.
- Act as a liaison between internal business units and the customer.

### TECHNICAL PROJECT ENGINEERING MANAGEMENT

- HR/Payroll Web project implementation of new business and migrations.
- Configure Ceridian Software products and or convert data from Ceridian or competitor's software products.
- Collaborate with project team at varying levels to design, test, and validate the functional specifications in preparation to implement/migrate to the new production environment.
- HP Dazel Output Management System certification, day-to-day installation, test/audit, analyst, administration, and project engineering management experience.
- NT Server 4.0 training certificate, day-to-day administration, analyst, and project management experience.
- Perform complex task to advance engineering solutions and services from out of the box software.
- Assist in the architectural research, design, development and modifications of existing systems.
- Mentor and train new team members for technical projects and assignments.
- Tier 3 backup, tier 4 and 5 escalated support for Output Management Systems on AIX, Solaris, HP UNIX and HP Dazel/SAP R3 platforms.
- Day to day operation, administration, and analyst for Microsoft Software - Word, Excel, PowerPoint, Access, MS Project Office, etc.; various programming and software packages - Visio, Visual Basics, Lo Notes, HP Dazel/SAP R3, Unix, Shell, SQL and various Output devices - Lexmark, HP, Lanier, etc.

### CUSTOMER SERVICE & BUSINESS ADMINISTRATION

- Provided international and domestic customer service
- Coordinate onsite delivery of customer service and technical operations.
- Ensure customer satisfaction vis-à-vis Service Level Agreement.

**DIANE POLAND**
12 Berks Court
New Castle, DE 19720
Voice & Fax # (302) 325-2055 dpolwrks@verizon.net

- Query monthly resolved, closed and pending customer queries to respond, develop and implement an action plan through to customer satisfaction.
- Participate in Root Cause Analysis studies to address customer satisfaction.
- Technical Writer for Distributive e-Infrastructure Engineering and Operations Manual.
- Technical Writer and Analyst for Site Specific technical support & operations.
- Develop, coordinate, and instruct technical training for operations - technical staff.
- Project coordinator for business services (temp agency, hardware and software products).
- Develop/Implement sales and marketing strategy (seasonal promos, staff hires, small business initiatives).

## HUMAN RESOURCE MANAGEMENT

- Support Center Team Lead backup for a team of 10 full-time employees.
- Hiring manager and supervisor for 3 – 40 part time student and temp employees and 1 full-time employee.
- Human Resource Generalist (time mgmt, employee relations, etc.) for FT, PT, and Temp staff.

## WORK HISTORY

**\*Human Resource Implementation Consultant/Application Specialist**
Ceridian, 2003-current
**\*Technical Staff Analyst/Engineer**
Computer Sciences Corporation, 1997 – 2002
**\*PENN Card Center Office Manager/Customer Service**
University of Pennsylvania, 1994-1997
**\*Civil Communications Officer Public Safety Division**,
University of Pennsylvania, 1993 – 1994
**\*Fiscal Technician, Grant Processing Assistant ACF-Office of Financial Operations;
Secretary Social Security Administration & Judgments**
U.S Federal & State Government, 1987 –1993

## EDUCATION
Wesley College– Bachelors of Business Administration, April 2000 to Jan. 2002.
Villanova University – Liberal Arts & Sciences, August 1982 to May 1985.
Overbrook High School – Diploma Academic Honors Society, September 1980 to June 1982.

## SPECIAL INTEREST
Small Business Development Consulting, Community Affairs Involvement;
Event Planning and Promotions; Yearly Donations: American Cancer Society, Goodwill, United Way; Travel, Skirmish Gaming, etc.