IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

DIANE POLAND,                               :
                                            :
    Plaintiff,                          :        C.A. NO. 04-0217-GMS
                                            :
    v.                                  :
                                            :        JURY TRIAL DEMANDED
COMPUTER SCIENCES                           :
CORPORATION, a Delaware                     :
Corporation,                                :
                                            :
    Defendant.                          :

## VERIFICATION

STATE OF _DELAWARE_ )
                      ) SS.
COUNTY OF _NEW CASTLE_ )

    I, Diane Poland, being duly sworn, state that I have reviewed the foregoing *Plaintiff's Answers to Defendant's First Set of Interrogatories*, and that said answers are full and complete and true and correct to the best of my knowledge, information and belief.

_____
Diane Poland

Subscribed and sworn to before me on this 24th day of _March_, 2005.

_____
Notary Public

My Commission Expires: _May 30, 2007_

ANTHONY J. IANNINI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 30, 2007