IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE POLAND, | : |
| | : |
| Plaintiff, | :    C.A. NO. 04-0217-GMS |
| | : |
| v. | : |
| | :    JURY TRIAL DEMANDED |
| COMPUTER SCIENCES | : |
| CORPORATION, a Delaware | : |
| Corporation, | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that on March 24, 2005, I electronically filed the *Certificate of Service* to *Plaintiff's Answers to Defendant's First Set of Interrogatories* with the Clerk of the Court using CM/ECF which will send notification of such filing, and have also sent two (2) true and correct copies of *Plaintiff's Answers to Defendant's First Set of Interrogatories* and the respective *Certificate of Service* for same via facsimile and first class U.S. Mail, postage prepaid, to the following:

Sarah E. DiLuzio, Esquire
Potter Anderson & Corroon, LLP
Hercules Plaza – 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899

Larry R. Seegull, Esquire
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600

        MARGOLIS EDELSTEIN

        /s/ Jeffrey K. Martin
        Jeffrey K. Martin, Esquire (#2407)
        Timothy J. Wilson, Esquire (#4323)
        1509 Gilpin Avenue
        Wilmington, Delaware 19806
        (302) 777-4680
        (302) 777-4682 facsimile
        jmartin@margolisedelstein.com
        Attorneys for Plaintiff Diane Poland

Dated: March 24, 2005