IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE POLAND, : | |
| : | |
| Plaintiff, : | C.A. NO. 04-0217-GMS |
| : | |
| v. : | |
| : | JURY TRIAL DEMANDED |
| COMPUTER SCIENCES : | |
| CORPORATION, a Delaware : | |
| Corporation, : | |
| : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that on March 25, 2005, I electronically filed the *Certificate of Service* to *Plaintiff's Supplemental Response to Defendant's First Request for Production of Documents* with the Clerk of the Court using CM/ECF which will send notification of such filing, and have also sent a true and correct copy of *Plaintiff's Supplemental Response to Defendant's First Request for Production of Documents* and the respective *Certificate of Service* for same via First Class U.S. Mail, postage prepaid, to the following:

Sarah E. DiLuzio, Esquire
Potter Anderson & Corroon, LLP
Hercules Plaza – 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899

Larry R. Seegull, Esquire
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600

MARGOLIS EDELSTEIN

/s/ Jeffrey K. Martin

---

Jeffrey K. Martin, Esquire (#2407)
Timothy J. Wilson, Esquire (#4323)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680
(302) 777-4682 facsimile
jmartin@margolisedelstein.com
Attorneys for Plaintiff Diane Poland

Dated: March 25, 2005