IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE POLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-217 (GMS) |
| | ) | |
| COMPUTER SCIENCES CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that on March 28, 2005, third party witness United States Government, Office of Financial Operations was issued a subpoena *duces tecum* for March 31, 2005 at 5:00 p.m.

Of Counsel

Larry R. Seegull
Amy Beth Leasure
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000 (general)
(410) 580-3253 (fax)
larry.seegull@dlapiper.com

Dated: March 28, 2005

POTTER ANDERSON & CORROON LLP

By: _____
Sarah E. DiLuzio (#4085)
1313 North Market Street
6th Floor, P. O. Box 951
Wilmington, Delaware 19801
(302) 984-6000 (general)
(410) 580-4253 (direct)
(302) 658-1192 (fax)
eniezgoda@potteranderson.com

Counsel for Defendant
*Computer Sciences Corporation*

## CERTIFICATE OF SERVICE

I, Sarah E. Diluzio, hereby certify that on March 28, 2005, I electronically filed true and correct copies of the foregoing NOTICE OF SUBPOENA with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, to the following counsel of record:

>Jeffrey K. Martin, Esq.
>MARGOLIS EDELSTEIN
>1509 Gilpin Avenue
>Wilmington, DE 19806
>(302) 777-4680
>jmartin@margolisedelstein.com

>/s/ Sarah E. DiLuzio
>Sarah E. DiLuzio (DSB ID No. 4085)
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>Post Office Box 951
>Wilmington, Delaware 19899-0951
>Tel: (302) 984-6000
>E-mail: sdiluzio@potteranderson.com

675646

2