IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE POLAND, | : | |
| | : | |
| Plaintiff, | : | C.A. NO. 04-0217-GMS |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| COMPUTER SCIENCES CORPORATION, a Delaware Corporation, | : : : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION
## OF MAUREEN SUMMERS

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Diane Poland ("Plaintiff"), by and through her undersigned attorneys, will take the deposition of Maureen Summers by oral testimony before an officer duly authorized to administer an oath, commencing on Friday, May 06, 2005, beginning at 9:00 a.m., at the offices of Margolis Edelstein, 1509 Gilpin Avenue, Wilmington, DE 19806. The deposition shall continue thereafter until terminated by counsel for the Plaintiff. The deposition will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

MARGOLIS EDELSTEIN

*/s/ Jeffrey K. Martin*

JEFFREY K. MARTIN (#2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
Attorney for Plaintiff

Dated: April 8, 2005
cc: Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE POLAND, : | |
| : | |
| Plaintiff, : | C.A. NO. 04-0217-GMS |
| : | |
| v. : | |
| : | JURY TRIAL DEMANDED |
| COMPUTER SCIENCES : | |
| CORPORATION, a Delaware : | |
| Corporation, : | |
| : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that on April 8, 2005, I electronically filed the *Notice of Deposition of Maureen Summers* and *Certificate of Service* for same with the Clerk of the Court using CM/ECF which will send notification of such filing, and have also sent two (2) true and correct copies of *Notice of Deposition of Maureen Summers* and the respective *Certificate of Service* for same via first class U.S. Mail, postage prepaid to the following:

Larry R. Seegull
Amy Beth Leasure
DLA Piper Rudnick Gary Cary US LLP
6225 Smith Avenue
Baltimore, MD 21209

Sarah E. DiLuzio
Potter Anderson & Corroon LLP
1313 North Market Street
6th Floor, P.O. Box 951
Wilmington, DE 19801

MARGOLIS EDELSTEIN

_____
JEFFREY K. MARTIN (#2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
Attorneys for Plaintiff