IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE POLAND, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04-217 (GMS) |
| | ) |
| COMPUTER SCIENCES CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND PROPOSED ORDER EXTENDING TIME**

WHEREAS, pursuant to the Court's order of March 28, 2005, case dispositive motions in this matter must be filed no later than May 6, 2005;

WHEREAS, Defendant Computer Sciences Corporation will file its motion for summary judgment and opening brief in support thereof on May 6, 2005;

WHEREAS, Plaintiff's counsel will be out of the country from May 9 – 20, 2005 and unable to file Plaintiff's answering brief in the time provided by the Local Rules;

WHEREAS, Defense counsel has a previously scheduled vacation for the end of May, 2005;

WHEREAS, all other dates in the Scheduling Order entered in this matter on October 18, 2004 will remain the same;

Now, therefore, the parties stipulate and agree, subject to approval by the Court, as follows:

1. Plaintiff's Answering Brief in Opposition to Defendant's Motion for Summary Judgment will be filed no later than **May 27, 2005**.

2.  Defendant's Reply Brief in Support of its Motion for Summary Judgment will be filed no later than **June 8, 2005**.

**STIPULATED AND AGREED TO BY:**

| MARGOLIS EDELSTEIN | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Jeffrey K. Martin<br>Jeffrey K. Martin (# 2407)<br>1509 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 777-4680<br>jmartin@margolisedelstein.com<br>*Attorneys for Plaintiff* | By: /s/ Sarah E. DiLuzio<br>Sarah E. DiLuzio (#4085)<br>Hercules Plaza – 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>sdiluzio@potteranderson.com<br>*Attorneys for Defendant* |

Dated: May 6, 2005

IT IS SO ORDERED this _____ day of _____, 2005.

_____
The Honorable Gregory M. Sleet
United States District Court Judge