

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
**1509 GILPIN AVENUE**
**WILMINGTON, DE 19806**
**302-777-4680**
**Fax 302-777-4682**

JEFFREY K. MARTIN, ESQUIRE
jmartin@margolisedelstein.com

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
Fax 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
Fax 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
Fax 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
Fax 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
Fax 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
Fax 908-790-1486

May 6, 2005

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE  19801

       **RE:**    **Poland v. Computer Sciences Corporation**
               **C.A. No. 04-217 (GMS)**

------------------------------------------------------------

Dear Judge Sleet:

    I am enclosing a Joint Stipulation and Proposed Order Extending Time that counsel submits for your review and consideration.  I just recently found out that I will be traveling to China on May 9-23 for the adoption of our new daughter.

    Thank you for your consideration of this extension.

                  Respectfully yours,

                  **JEFFREY K. MARTIN**

JKM:cab

Encl.
cc:    Clerk of the Court
cc:    Larry Seegull, Esquire
cc:    Sarah E. DiLuzio, Esquire

* MEMBER OF THE HARMONIE GROUP