IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE POLAND,            )<br>                          )<br>   Plaintiff,           )<br>                          )<br>   v.                     )<br>                          )<br>COMPUTER SCIENCES CORP., )<br>                          )<br>   Defendant.            )<br>_____) | C.A. No. 04-217 (GMS) |

## ORDER

WHEREAS, the Court having considered Defendant's Motion for Summary Judgment and the arguments of both parties related thereto, and the Court finding no material issues of fact and that Defendant is entitled to judgment in its favor,

NOW, THEREFORE, Defendant's Motion is hereby GRANTED and judgment shall be entered in Defendant's favor on all claims of the Complaint.

_____
The Honorable Gregory M. Sleet
United States District Court Judge