## CERTIFICATE OF SERVICE

I, Sarah E. Diluzio, hereby certify that on May 6, 2005, I electronically filed true and correct copies of **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT and PROPOSED ORDER** with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, to the following counsel of record:

>Jeffrey K. Martin, Esq.
>MARGOLIS EDELSTEIN
>1509 Gilpin Avenue
>Wilmington, DE  19806
>(302) 777-4680
>jmartin@margolisedelstein.com

_____
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware  19899-0951
Tel:  (302) 984-6000
E-mail:  sdiluzio@potteranderson.com

681168