## CERTIFICATE OF SERVICE

I, Sarah E. Diluzio, hereby certify that on May 6, 2005, I electronically filed true and correct copies of **DEFENDANT'S OPENING BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, to the following counsel of record:

>Jeffrey K. Martin, Esq.
>MARGOLIS EDELSTEIN
>1509 Gilpin Avenue
>Wilmington, DE 19806
>(302) 777-4680
>jmartin@margolisedelstein.com

>*/s/ Sarah E. DiLuzio*
>Sarah E. DiLuzio (DSB ID No. 4085)
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>Post Office Box 951
>Wilmington, Delaware 19899-0951
>Tel: (302) 984-6000
>E-mail: sdiluzio@potteranderson.com

681168