1      A.    Yes.

2      Q.    Did you agree or disagree with the evaluation by

3  your manager?

4      A.    I agreed because I do believe I signed it.  Yes.

5      Q.    Just so it's clear, these appraisals are done on

6  a database system; correct?

7      A.    Yes, it is.

8      Q.    So it's not actually a handwritten signature

9  that you do?  It's a computer acknowledgment of receiving

10 it?

11     A.    That's correct.

12     Q.    And understanding it?

13     A.    That's correct.

14     Q.    You did authorize the computer to acknowledge

15 that you had received and signed it?

16     A.    Yes, yes.

17     Q.    You received a rating of "3" or "Good" for this

18 evaluation overall?  It's the third last page.

19     A.    Yes, I received a "3."

20           (Defendant's Exhibit 11 was marked for

21 identification.)

22 BY MR. SEEGULL:

23     Q.    I am now showing you what has been marked as

24 Defendant's Exhibit 11.  Do you see that?

**W&F**

**WILCOX & FETZER LTD.**
Registered Professional Reporters

Diane Poland                                                106

1      A.    Yes, I do.

2      Q.    This is your performance evaluation or appraisal

3  for the following year?

4      A.    Yes.

5      Q.    This is for the period of April 1998 through

6  March of 1999; correct?

7      A.    Correct.

8      Q.    Your direct supervisor was Sharon Walling;

9  correct?

10     A.    Yes.

11     Q.    Again, you completed the information other than

12  the headings up through page 6 where it starts "Review"?

13     A.    Yes.

14     Q.    Again, you did not list UNIX, Perl, Shell, or

15  Dazel as any of your duties or responsibilities or

16  anything of significant accomplishments in this review;

17  correct?

18     A.    I wouldn't say "anything of insignificant

19  accomplishments."  All of these were accomplishments, but

20  no, UNIX or Perl is not there.

21     Q.    Or Shell?

22     A.    Or Shell.

23     Q.    The reason you didn't list those is because they

24  were not part of your duties or responsibilities and you

Diane Poland                    107

1    didn't have any significant accomplishments with respect

2    to those languages; is that correct?

3        A.    I did not have any significant accomplishments

4    with respect to programming them, but I did use UNIX,

5    once again.

6        Q.    But you just didn't list it?

7        A.    I did not.

8        Q.    Did you just forget again?

9        A.    I must have.  It is not here.

10       Q.    Did you agree or disagree with this evaluation?

11   Again, if you turn to the end, I think you received a

12   "3," overall evaluation of "Good."

13       A.    That's correct.

14       Q.    Did you agree with this evaluation?

15       A.    Yes, I did.

16       Q.    That period ended in March of 1999, that review

17   period; correct?

18       A.    Correct.

19       Q.    Then it was in the following fiscal year, 1999

20   to 2000 time period, that you were transferred over to

21   another group?

22       A.    Yes.  I was promoted into the Managed Print

23   group.  I wasn't transferred into it.

24       Q.    You were transferred into another group.  You're



WILCOX & FETZER LTD.
Registered Professional Reporters

1   saying you got a promotion at the same time?

2       A.   I wasn't transferred.  I was promoted to Managed

3   Print.  And then Dawn took over the group at some point.

4       Q.   Are you sure you weren't transferred?

5       A.   Yes.

6                (Defendant's Exhibit 12 was marked for

7   identification.)

8   BY MR. SEEGULL:

9       Q.   I am now showing you what has been marked as

10  Defendant's Exhibit 12.  Do you recognize this?

11      A.   Yes, I do.

12      Q.   Do you see that you signed it on September 2nd,

13  1999?

14      A.   Yes, I do.

15      Q.   Do you see you signed right beneath where it

16  says "I accept the above CSC offer of transfer"?

17      A.   Yes, I do.

18      Q.   Do you agree you were transferred to another

19  group?

20      A.   Yes, I do.

21      Q.   Now, I think your point was in addition to being

22  transferred to the group you also got a promotion?

23      A.   Yes.  I didn't know they considered that a

24  transfer, but now I do.

Diane Poland                               109

1      Q.    You were transferred to the GIS group?

2      A.    Yes.

3      Q.    GIS standing for Global Infrastructure Services?

4      A.    Yes.

5      Q.    Why did you consider it a promotion?

6      A.    I was told at the time it was.  It was a job

7    opening that I went for.  It was posted.

8      Q.    You were promoted, you believe, from your

9    position of -- what was your position before?

10      A.    The help desk technician, technical service

11    analyst.

12      Q.    You were promoted to what position?

13      A.    Managed Print technical service analyst.

14      Q.    In connection with that promotion, you received

15    an increase in starting salary?

16      A.    I believe so, yes.

17      Q.    In salary I should say.

18      A.    Salary.

19      Q.    Now, you remained a Member Technical Staff B;

20    correct?

21      A.    Correct.

22      Q.    But you still considered it a promotion?

23      A.    Yes.

24      Q.    Why did you consider it a promotion?

Diane Poland                                                110

1          A.    Because I was leaving the help desk.

2          Q.    Why did you consider it a promotion to leave the

3    help desk?

4          A.    Because the help desk is first level, Managed

5    Print is second level.

6          Q.    Who made the decision to promote you?

7          A.    I interviewed with Edwin or Derek, so I guess it

8    was his decision.

9          Q.    This is Edwin Alston?

10         A.    Yes.

11         Q.    Even though his name is Edwin, he goes by the

12   name "Derek"?

13         A.    Yes, he does.

14         Q.    Is that a middle name?

15         A.    Derek is his middle name, I think.  Everyone

16   called him Derek.

17         Q.    So you interviewed with Mr. Alston?

18         A.    Yes.

19         Q.    He made the decision to promote you?

20         A.    I believe so, yes.

21         Q.    This was your transfer into the Managed Print

22   Dazel group?

23         A.    Well, at the time when I was hired by Derek, it

24   was just called Managed Print group.

Diane Poland                    111

1      Q.    Why was Dazel not part of the title of the

2  group?

3      A.    I don't know.

4      Q.    Did you use Dazel in that group?

5      A.    At some point, yes.

6      Q.    Okay.

7      A.    Yes.

8      Q.    So did the work ever change in the group or did

9  just the title of the group change?

10     A.    The work changed at some point, yes.

11     Q.    How did the work change?

12     A.    Well, like I said, we started out as Managed

13  Print group and at some point they took over or

14  incorporated Dazel into what we did daily.

15     Q.    So when you first started, it was just called

16  the Managed Print group because there was no Dazel work

17  being done?

18     A.    Not to my knowledge.  It could have been.  I

19  don't know.

20     Q.    At some point you became aware that they were

21  doing Dazel in the group?

22     A.    Correct.

23     Q.    When you started in the group, you were not

24  doing any Dazel work?

Diane Poland

122

1      A.    Even if it's the same call.

2      Q.    It just depends on who handles it?

3      A.    It depends on who handles it.

4      Q.    Now, when you went over to the Managed Print

5  group, you had to use your UNIX?

6      A.    Yes.

7      Q.    And you had to use Dazel?

8      A.    Yes.

9      Q.    Or did you not use Dazel until later at some

10  point?

11      A.    At some point I did use Dazel, yes.

12      Q.    Before you had to use Dazel, did you have to use

13  Shell and Perl?

14      A.    Yes, I had to use Shell.  Not Perl.  I used Perl

15  along with Dazel.

16      Q.    So Perl goes along with Dazel?

17      A.    Correct.

18      Q.    Shell and UNIX started from beginning in the

19  Managed Print group?

20      A.    Yes, yes.

21      Q.    You programmed in those languages?

22      A.    I programmed as well as I had to analyze

23  problems with those languages.

24      Q.    Now, how did you learn how to program in UNIX

Diane Poland                                 123

1    given that you've already said you hadn't programmed

2    before in UNIX?

3        A.    I taught myself.  I bought a book.  I did CBTs

4    on-line and I could read it.  I didn't have to program

5    it, but I could read the programming language.  I could

6    read it and understand what it was supposed to do.  So if

7    there was an issue, I could analyze the program.

8        Q.    You didn't actually program in UNIX, but you had

9    to be able to understand the program?

10       A.    At which level?

11       Q.    In the Managed Print group.

12       A.    Both.  I had to do both.

13       Q.    You had to program and understand the program?

14       A.    Yes.

15       Q.    The way you learned UNIX was you self-taught?

16       A.    Yes.

17       Q.    Meaning nobody else in the group helped you?

18       A.    Oh, when I first came in the group, I was

19   assisted by everyone there on how the group worked.

20       Q.    Who assisted you?

21       A.    At the time -- who was in the group?  Paul White

22   was in the group, Ted Mitchell, Larry Reimer, and

23   MaryAnne Doll-Johnson.

24       Q.    Paul White, Ted --



Diane Poland                                        125

1      A.    To my knowledge, he stayed where he was.

2      Q.    You just moved to a third building?

3      A.    We moved to another building.

4      Q.    So of the other individuals in the group -- Paul

5   White, Ted Mitchell, Larry Reimer, and MaryAnne

6   Doll-Johnson -- did any of them help you learn how to do

7   your job?

8      A.    They helped me to understand how Managed Print

9   worked.  I had already been doing some Managed Print work

10  at the help desk, but they showed me, made sure I had

11  access to the proper applications to insert my tickets

12  and make sure I had access to the servers to troubleshoot

13  problems, yes.

14          And if I had issues that arrived that I

15  didn't know or questioned, I would ask Paul or MaryAnne

16  or Ted our someone if they ever experienced this before.

17     Q.    Did they all willingly help you?

18     A.    Yes.

19     Q.    Were they all friendly to you?

20     A.    Yes.

21     Q.    Did you have any problems with any of these

22  employees?

23     A.    No.

24     Q.    Did you like all of them?



A-56

Diane Poland                                          126

1    A.    Yes.

2    Q.    Were they all skilled at what they did?

3    A.    Yes.

4    Q.    Did they all have extensive experience in these

5    operating systems?

6    A.    I don't know what their experiences was.  I knew

7    that they were already in the Managed Print team before I

8    got there and they were doing the job.

9    Q.    They were doing the job well?

10   A.    I don't know about well.  They were doing the

11   job.

12   Q.    You were not their manager, so you wouldn't

13   know?

14   A.    Exactly.  I was not their manager.

15   Q.    Do you know how long they had been in the

16   Managed Print group before you got there?

17   A.    No, I don't.

18   Q.    Do you know what any of their experiences with

19   UNIX or Dazel or Shell or Perl were?

20   A.    No, not specifically.  I know that they used it

21   just like I did, but I don't know what their experiences

22   were.

23   Q.    Do you know what positions they held?

24   A.    No.  To my knowledge, we were all the same

Diane Poland                                    127

1    level.

2        Q.    You were all MTSBs, you think?

3        A.    I didn't know about the MTSB.  I just knew we

4    were all Managed Print.

5        Q.    But you don't know what level they were?

6        A.    No.

7        Q.    You say you learned UNIX through a book you

8    read?

9        A.    Through a book, yes.  And on-line, the web,

10   different sources.

11       Q.    CBTs?

12       A.    CBTs, the web, whatever I needed to do.

13       Q.    You bought the book with your own money?

14       A.    Yes.

15       Q.    When did you buy the book?

16       A.    Oh, I don't know.

17       Q.    How long after you joined the group did you buy

18   it?

19       A.    Maybe two, three months in.

20       Q.    How long did it take you to read the book and --

21       A.    I never read the book in total.  I used the book

22   when needed.

23       Q.    You used the book more as reference?

24       A.    Yes.



Diane Poland

140

1     Q.    Then the fifth bullet point, "practice using

2    UNIX command line on lsv9"?

3     A.    Yes.

4     Q.    All that's true?

5     A.    Yes.

6     Q.    Then in Week 5, the first bullet point was to

7    "train more extensively with MaryAnne on utilizing

8    Dazel"?

9     A.    Yes.

10     Q.    That's true, as well?

11     A.    Yes.

12     Q.    So it is true that Mrs. Doll-Johnson trained you

13    on UNIX when you first joined the Managed Print group?

14     A.    She trained me on a lot of UNIX, yes.

15     Q.    She also trained you on Dazel?

16     A.    She was one of the persons, yes.    .

17     Q.    Who were the other people that trained you on

18    Dazel?

19     A.    Peter Lang, he was an employee, but he was

20    stationed in Europe.  He was very efficient in Dazel, as

21    well.

22     Q.    Was there anybody else that trained you in UNIX

23    or Dazel?

24     A.    No.

**W&F**

1    Q.    Did you agree with your performance evaluation?

2    A.    Yes, I did.

3    Q.    Following your performance evaluation, you

4    received a promotion?

5    A.    Yes, I did.

6    Q.    You were promoted from a Member Technical

7    Staff B to a Member Technical Staff A?

8    A.    Yes.

9    Q.    That promotion was effective in May of 2000?

10   A.    Yes.

11         (Defendant's Exhibit 14 was marked for

12   identification.)

13   BY MR. SEEGULL:

14   Q.    I'm now showing you what's been marked as

15   Defendant's Exhibit 14.  Do you recognize this?

16   A.    No, I don't.

17   Q.    This is a job description for a Member Technical

18   Staff A; correct?

19   A.    That's what it says, yes.

20   Q.    You've never seen this before?

21   A.    No, I haven't.

22   Q.    Could you read this job description and tell me

23   if it accurately reflects your job duties and

24   responsibilities and level of competencies?

Diane Poland                    145

1    you should not expect to be promoted any time soon

2    because you had a limited period of time in your

3    position?

4        A.    No.

5        Q.    He didn't say that?

6        A.    Not that I recall.

7        Q.    You're not denying that he said that?

8        A.    No, I'm not.

9        Q.    Now, it was during this following year that you

10   began to be managed by Dawn Dworsky?

11       A.    Sometime in between.  I don't even know that it

12   was a full year, but at some point I was managed by Dawn.

13       Q.    Would it make sense to you that this shift

14   occurred shortly after this evaluation in May or June of

15   2000?

16       A.    Yes, that would make sense.

17       Q.    That sounds right?

18       A.    That sounds about right.

19       Q.    Now, who was in the group during this transfer?

20       A.    The same people:  myself, MaryAnne Doll-Johnson,

21   Ted Mitchell, Larry Reimer, and Paul White.

22       Q.    Anybody else?

23       A.    No.

24       Q.    How was Dawn Dworsky as a supervisor?



WILCOX & FETZER LTD.
Registered Professional Reporters

Diane Poland                    152

1      A.    Yes, he did.

2      Q.    How often did he meet with you?

3      A.    I don't remember, but more so.  And I didn't

4  have to request several times.  He would contact me as my

5  manager.

6      Q.    That's what you considered to be the

7  discrimination?

8      A.    No, that's not -- no, not at all.

9  Discrimination, Dawn discriminated against me.

10      Q.    No, no.  But in other words, Derek would meet

11  with you more often?

12      A.    That's not the discrimination for me, no.  Derek

13  did meet with me more often, yes.

14      Q.    After Miss Dworsky became your supervisor, your

15  job didn't change in any substantial way, did it?

16      A.    No, not in any substantial way.

17      Q.    Your duties continued to be the same?

18      A.    That's correct.

19      Q.    Do you know if Miss Dworsky's expectations

20  changed?

21      A.    I found out her expectations changed when I had

22  a meeting with her and Maureen Summers.

23      Q.    How were her expectations different than

24  Mr. Alston's?

Diane Poland                                                157

1      A.    No.

2            (Defendant's Exhibit 15 was marked for

3  identification.)

4  BY MR. SEEGULL:

5      Q.    Miss Poland, I'm now showing you your

6  performance evaluation that's marked as Defendant's

7  Exhibit 15, and it's your evaluation for the period of

8  April of 2000 through March of 2001.  Do you recognize

9  this?

10     A.    Yes, I do.

11     Q.    That's what it is; correct?

12     A.    Yes.

13     Q.    Again, you completed all of the information

14 through and including page 8?

15     A.    Yes.

16     Q.    Did Mr. Alston, when he met with you to discuss

17 your concerns about Ms. Dworsky, did he ask you to take

18 notes of your conversations with Ms. Dworsky?

19     A.    No.

20     Q.    Didn't he tell you to write down what your

21 expectations were and try to meet her expectations?

22     A.    No.

23     Q.    You're not denying that he said that?

24     A.    No, I'm not.

Diane Poland                                          158

1      Q.    This performance evaluation in Defendant's

2    Exhibit 15, that was conducted by and the review was

3    filled out by Ms. Dworsky?

4      A.    That's correct.

5      Q.    At the point in which she filled this out, you

6    had been an MTSA for one your; correct?

7      A.    Yes.

8      Q.    She gave you a ranking of what?

9      A.    A 3.

10     Q.    That equated to a ranking of "Good"?

11     A.    That's correct.

12     Q.    She said that your performance consistently

13   meets expectations and job requirements?

14     A.    Where are you reading that at?

15     Q.    I'm sorry.  On page 13, you see the ranking of

16   "3"?

17     A.    Yes.

18     Q.    "Good" corresponds to the 3 and she rated you as

19   your performance consistently meets expectations and job

20   requirements?

21     A.    That's correct.

22     Q.    She also was saying that you may exceed

23   expectations from time to time?

24     A.    Yes.

Diane Poland                                       159

1        Q.    Now, did you agree with this evaluation?

2        A.    Yes, I did, with objections, and I think I noted

3   them.  Let's see.  Actually, I didn't.  No, I didn't.

4        Q.    You didn't have any objections to this

5   evaluation?

6        A.    Yes, I did.  That's why I didn't sign it.

7        Q.    Didn't we go through this?  You just have to

8   approve the form; correct?

9        A.    That's correct, and I hadn't approved it.

10       Q.    Why didn't you approve it?

11       A.    Because I didn't agree with Dawn's evaluation at

12  all.

13       Q.    You didn't think you were good?

14       A.    I thought I was better than good.

15       Q.    You thought you deserved better than good?

16       A.    That's correct.

17       Q.    This was the same rating that you had received

18  on your first two evaluations from Miss Hauck and

19  Ms. Walling?

20       A.    I believe so.

21       Q.    You received an increase in pay at this time;

22  correct?

23       A.    Yes, I did.

24       Q.    Your increase in pay by 5 percent; correct?

Diane Poland

160

1    A.    I believe so.  I don't remember exactly.

2    Q.    Do you know how merit raises are done by

3    Computer Sciences Corporation?

4    A.    No, I don't.

5    Q.    Do you know if there's a chart that corresponds

6    to what somebody's rating is to what their salary

7    increase will be?

8    A.    No, I don't.

9    Q.    You've never seen anything like that?

10   A.    I seen something, but I don't know if it's

11   exactly what you are talking about.

12   Q.    So you're not familiar with the fact that the

13   company had a policy as to how much of a salary increase

14   could be given to an employee based upon their rating in

15   the performance evaluation?

16   A.    No.

17   Q.    You never heard that?

18   A.    I heard it, but I don't know that I seen

19   paperwork on it.

20   Q.    Do you know what raises other employees were

21   given as a result of their evaluations?

22   A.    No.

23   Q.    You have no idea what other employees got in

24   Ms. Dworsky's group?

Diane Poland                                    161

1     A.    No.

2     Q.    Do you know what other employees are paid within

3  Ms. Dworsky's group?

4     A.    Only as a result of the paperwork I received

5  from the Department of Labor.   Prior to that, no.

6     Q.    By the way, you said when you first went to the

7  Department of Labor you did not complain about this equal

8  pay issue between the males and the females; correct?

9     A.    Correct.

10     Q.    And that it was the Department of Labor that

11  told you that you were being discriminated against

12  because the males were paid more than the females?

13     A.    Yes.

14     Q.    The reason that you didn't complain about that

15  when you first went to the Department of Labor, is that

16  because you didn't know what people were paid?

17     A.    I did not know.

18     Q.    So you would have no way of even guessing that

19  there was such sex discrimination?

20     A.    I could guess, but I would not know.

21     Q.    What rating do you believe you deserved on the

22  performance evaluation?   You said you didn't believe you

23  deserved a 3?

24     A.    Correct.



WILCOX & FETZER LTD.
Registered Professional Reporters

A -67

Diane Poland                                    162

1    Q.    Do you believe you deserved a 2 or a 1?

2    A.    A 2.

3    Q.    Do you know what the raise would have been if

4    you had received a 2?

5    A.    No, I don't.

6    Q.    Were you concerned about the amount of the

7    raise, or were you concerned about the rating?

8    A.    What do you mean?

9    Q.    What was it that bothered you about the rating

10   of 3?  Was it that you felt you deserved to have a higher

11   rating but you didn't care about the amount of money that

12   equated to, or were you concerned about the money, that

13   you felt because you weren't given a higher rating you

14   weren't going to get as much of an increase?

15   A.    I was concerned about the rating.

16   Q.    It wasn't the money?

17   A.    Because I worked very hard.

18   Q.    You weren't concerned about the money?

19   A.    I wouldn't say it didn't cross my mind, but I

20   was concerned about the rating.

21   Q.    That's really what you were most concerned

22   about?

23   A.    Yes.

24   Q.    Why do you think it mattered in your mind what

**W&F**

WILCOX & FETZER LTD.
Registered Professional Reporters

A -68

Diane Poland                                      165

1       A.    I don't know.

2       Q.    You received a rating of 3 in 2001; correct?

3       A.    Correct.

4       Q.    Your salary increase was 5 percent; correct?

5       A.    That's correct.

6       Q.    Do you know who had to approve an exception to

7    these guidelines?

8       A.    No.

9       Q.    These guidelines also reflect the percentage of

10   the employee population that should be given any

11   particular rating; correct?

12      A.    I don't know.

13      Q.    That's what the middle --

14      A.    That's what it says.

15      Q.    So you would agree that you received a salary

16   increase higher than the recommended salary increase by

17   human resources?

18      A.    Yes.

19      Q.    And higher than what was given to other

20   employees of the same rating?

21      A.    I have no idea.

22      Q.    Isn't it true that Dawn Dworsky had to recommend

23   you for a higher salary increase?

24      A.    I don't know.



**WILCOX & FETZER LTD.**
Registered Professional Reporters

Diane Poland                                    174

```
 1   idea of when or how or if I would get there.
 2        Q.   You were upset that you had not been promoted at
 3   that time?
 4        A.   I was upset, yes.
 5        Q.   You were in the position of MTSB for three years
 6   before you were promoted to MTSA; correct?
 7        A.   Yes.
 8        Q.   Ms. Dworsky was not telling you that you would
 9   not be promoted?
10        A.   No.
11        Q.   She was telling you that you would be promoted,
12   just not right away?
13        A.   No, she didn't say that, either.  She just told
14   me that I was on the right career path and I should
15   continue what I'm doing.
16        Q.   Did she tell you that there was a possibility of
17   your promotion next year?
18        A.   No, she didn't.
19        Q.   What did she say about the following year, what
20   would happen the next year?
21        A.   She didn't say what happened next year.  That
22   was my rating.  This was her determination and we'll see
23   going forward.
24        Q.   She told you that she couldn't promote too many
```

1    people at once?

2        A.    She did say that.

3        Q.    She had budget limitations?

4        A.    Something to that effect, yes.

5        Q.    You would agree that Ms. Dworsky was not waiting

6    an excessively long amount of time to promote you to the

7    next position?

8        A.    I don't know if she was waiting to promote me at

9    all.

10       Q.    She had not waited an excessively long period of

11   time to promote you; correct?

12       A.    I don't know because I never got promoted, so I

13   don't know.  What do you mean by excessive?

14       Q.    From this perspective, you had not been in the

15   MTSA position for a long time?

16       A.    I had been in the position for one year.

17       Q.    That's not a long time, is it?

18       A.    It's a year.  It's relative if it's long.  It's

19   not long to me.

20       Q.    It's not long to you?

21       A.    No.  It's a year.

22       Q.    It's not like you had been in the same position

23   for ten years and still hadn't received a promotion;

24   right?



Diane Poland                                      176

1      A.    That's correct.

2      Q.    You had only been in the position one year?

3      A.    I had been in the position one year.

4      Q.    It was not out of the ordinary for people to be

5  in a position for more than one year before they were

6  promoted?

7      A.    I don't know.

8            (Defendant's Exhibit 17 was marked for

9  identification.)

10  BY MR. SEEGULL:

11      Q.    I'm now showing you what's been marked as

12  Defendant's Exhibit 17.  Do you recognize this?

13      A.    It looks familiar, yes.

14      Q.    This is the chart that Ms. Dworsky showed you

15  regarding her expectations for promotion from an MTSA to

16  an SMTS?

17      A.    It looks like it.

18      Q.    This reflected what her expectations were for

19  each of these positions; correct?

20      A.    I believe so.

21      Q.    Do you know if she created this just for you or

22  for all the employees in her group?

23      A.    I don't know.  I know I hadn't seen it till

24  after my appraisal.

**W&F**

**WILCOX & FETZER LTD.**

Registered Professional Reporters

**A -72**

1  mean, what the far left column of Rate 1, Rate 2, Rate 3

2  means?

3      A.    No, I don't.

4      Q.    Do you know if this has anything to do with

5  ratings?

6      A.    No, I don't.

7      Q.    A manager has the right to evaluate two

8  different employees and to decide amongst those employees

9  who is deserving of promotion; correct?

10     A.    I guess so.

11     Q.    That's a business judgment; correct?

12     A.    I would assume so, yes.

13     Q.    A manager who is considering two different

14  candidates for promotion, you would agree they can

15  consider that employee's experience as a factor in

16  deciding whether or not to promote them?

17     A.    Yes.

18     Q.    Education and seniority in a position are proper

19  considerations for promotion decisions?

20     A.    Yes.

21     Q.    You would also agree that having a certification

22  in a particular area does not necessarily equate with

23  on-the-job experience?

24     A.    Yes.



Diane Poland                    187

1       A.    I don't know if I can even answer that.  I don't

2    think so.  I don't know.

3       Q.    You don't know one way or another?

4       A.    I don't know exactly.

5             MR. SEEGULL:  Why don't we take a lunch

6    break?

7             (A luncheon recess was taken at this time.)

8    BY MR. SEEGULL:

9       Q.    Miss Poland, I want you to tell me about the

10   conversations you had with Ms. Dworsky about the salary

11   issues.

12      A.    Which conversation?

13      Q.    How many conversations did you have with her

14   about salary and promotion?

15      A.    Several.  I don't remember how many over the

16   year.  Several.

17      Q.    Approximately how many?

18      A.    Approximately maybe four, five.

19      Q.    Would these have been in the May to July of 2001

20   time frame?

21      A.    Some were.

22      Q.    When were the others?

23      A.    Prior to that.

24      Q.    Did you have any conversations with her about

Diane Poland

194

1    with Maureen or Sonia or someone else from HR.

2        Q.    You believe after you received the evaluation

3    you never met again with her one-on-one?

4        A.    No, I didn't.

5        Q.    How many times did you meet with her with

6    Maureen present?

7        A.    Several.  I don't remember how many.  Quite a

8    few.

9        Q.    One?  Two?  Three?  Five?  Ten?  Any

10   approximation?  Or you just don't know?

11       A.    Anywhere between, maybe, one, maybe more than

12   ten.

13       Q.    Anywhere between one and more than ten?  You

14   don't know?

15       A.    Possibly, yes.  I know it's more than once.

16       Q.    Was it more than twice?

17       A.    Yes.

18       Q.    Was it more than five times?

19       A.    Possibly.

20       Q.    Do you know how many times you met with her?

21       A.    I'm not sure.

22       Q.    How many times did you meet with Dawn Dworsky

23   with Sonia Koplowicz present?

24       A.    Maybe less than five times.

Diane Poland                          195

1      Q.    At some of those meetings was Maureen Summers

2  present?

3      A.    At some, yes.

4      Q.    But at some she wasn't?

5      A.    Correct.

6      Q.    Tell me about all of the meetings you met with

7  Dawn Dworsky whether Maureen was present, whether Sonia

8  was present, or whether both of them were present?

9      A.    I don't remember all the meetings, but I do know

10 they all centered around my appraisal.

11     Q.    Tell me about the meetings.  What do you

12 remember?

13     A.    I remember that once I had to always reiterate

14 that I didn't agree with the appraisal.  I had to

15 reiterate that I didn't agree with them giving me

16 expectations later or after the appraisal.  I didn't

17 agree with them not promoting me.  And I didn't agree

18 with Sonia and Maureen agreeing with Dawn in her

19 treatment of me.

20     Q.    Let's just go through this.

21           First you said you didn't agree with the

22 appraisal?

23     A.    Mm-hmm.

24     Q.    Yes?



Diane Poland

196

1    A.    Yes.  I'm sorry.  Yes.

2    Q.    You said you wanted to be rated a 2?

3    A.    Yes.

4    Q.    She had rated you a 3?

5    A.    Correct.

6    Q.    You said this was unfair?

7    A.    Yes.

8    Q.    Did you say anything else?

9    A.    Yes.

10   Q.    What else did you say?

11   A.    I told her I didn't agree with it and I wanted

12   her to reevaluate the appraisal and she refused.

13   Q.    She said this is your rating, this is what I

14   rated you, this is how I viewed your performance and I'm

15   not changing it?

16   A.    In essence, yes.

17   Q.    Words to that effect?

18   A.    Words to that effect.

19   Q.    How did you respond?

20   A.    I told her I didn't agree with her.

21   Q.    Anything else?

22   A.    Possibly, but I know I didn't agree with her.

23   Q.    But you don't recall saying anything else?

24   A.    I know I did, but I don't recall what it was.

Diane Poland                    206

1  answer was no answer, pretty much, that they agree I

2  would have it, but never knew when.

3      Q.   Was anything else discussed about salary?

4      A.   Not that I can recall.

5      Q.   So we talked about the performance appraisal,

6  we've talked about your conversations about the

7  expectations, and we talked about your conversations

8  about salary; correct?

9      A.   Yes.

10     Q.   Were there any other conversations you had with

11 Dawn Dworsky, Maureen Summers, or Sonia Koplowicz?

12     A.   Salary -- we talked about my not getting the

13 promotion to SMTS.

14     Q.   Tell me about that conversation and who was

15 involved.

16     A.   Sonia, Maureen, and Dawn.

17     Q.   Was this in one conversation or multiple?

18     A.   Multiple.

19     Q.   Tell me about what was discussed.

20     A.   Generally we always discussed that I, from their

21 opinion, I was not qualified to be an SMTS.

22     Q.   You were not ready?

23     A.   That's what they said.

24     Q.   What did you say?



WILCOX & FETZER LTD.
Registered Professional Reporters

A -78

Diane Poland                                    207

1      A.    I said I was.

2      Q.    Did you say I think I am or I think I can be?

3      A.    No, I didn't.  I believe I deserved to be an

4  SMTS.

5      Q.    They said, well, we don't think you're ready?

6      A.    Yes.

7      Q.    Or Dawn said I don't think you're ready and the

8  others agreed?

9      A.    Pretty much that's how it was.

10     Q.    Did Dawn say why she felt you weren't ready to

11  be promoted to an SMTS?

12     A.    She gave me several different reasons, one being

13  that she only could promote a certain number of people,

14  she had a certain budget.  Something along those lines.

15  And the fact that she didn't think that I had the skill

16  set to move on to SMTS.

17     Q.    Did she say what in your skills did not meet her

18  expectations for an SMTS?

19     A.    Not that I can recall.

20     Q.    You're not denying that she went into more

21  detail, are you?

22     A.    No, I'm not.

23     Q.    You just don't recall what she said about that?

24     A.    No.

1    Q.    Is that correct?

2    A.    That's correct.

3    Q.    You said you had conversations with Mike Suman?

4    A.    Yes, I had.

5    Q.    How many conversations did you have with him?

6    A.    Not many.  Maybe two or three.

7    Q.    Tell me about those conversations.

8    A.    They were with regard to at some point Dawn

9    wanted me to do a Dazel manual, to write a Dazel manual,

10   which I was assigned to do, and at that point all the

11   engineering projects I was working on were taken away.

12   And we met with Mike because I did not believe in a

13   statement that Maureen and Dawn said to me that the

14   projects were complete.

15           And so I met with Mike and Dawn at

16   Maureen's request to resolve that issue.  And when I went

17   into the meeting, we discussed pretty much Mike saying

18   whatever Dawn says is it and anything discussed prior to

19   that is erased, it does not count, it does not matter.

20   Q.    I'm not following you, so you are going to have

21   to help me out.

22           First of all, what is a Dazel manual?

23   A.    It's something I had to write.

24   Q.    What is it?



**WILCOX & FETZER LTD.**

Registered Professional Reporters

**A -80**

Diane Poland

228

Q.    Isn't it true that Mr. Miller was a member of the GIS group when he was transferred into Dazel?

A.    I have no idea.

Q.    He was a member of the test and integration team?

A.    I don't know.

Q.    Do you know anything about his technical experience prior to coming on the group?

A.    No.

Q.    Do you know when he first met Ms. Dworsky?

A.    No.

Q.    Do you know if they even knew each other prior to his transfer to the group?

A.    Yes.

Q.    How do you know that?

A.    Because they've said it.

Q.    What did he say?

A.    That they were friends.  I don't remember exactly the terminology he used.

Q.    Do you know if they ever socialized outside of the office?

A.    I don't know.

Q.    Let's talk about Miss Daigger.  Do you know what position Miss Daigger had prior to her joining the Dazel

Diane Poland

231

1       A.    I don't know.

2       Q.    Certainly a manager has the right to hire

3  employees that they know prior to working with them?

4               MR. MARTIN:   Objection.

5       A.    I don't know.

6       Q.    Were you ever disciplined by any of your

7  supervisors?

8       A.    No.

9       Q.    Did Mrs. Dworsky ever discipline you?

10      A.    No.

11      Q.    Now, you applied for a position at some point in

12  the chemical group, a managerial position; correct?

13      A.    Correct.

14      Q.    You applied for a position with Beth Musumeci?

15      A.    Yes.

16      Q.    Who is Beth Musumeci?

17      A.    I don't know.   She's a manager at CSC.   That's

18  all I really know.   I know she's a manager at CSC.

19      Q.    In what group is she a manager?

20      A.    I don't know.

21      Q.    When did you apply for this position?

22      A.    I don't remember when, but some time ago.

23      Q.    Did you know Ms. Musumeci prior to the time you

24  applied for the position?



**WILCOX & FETZER LTD.**

Registered Professional Reporters

1       A.    No.

2       Q.    Do you recall what the title for that position

3  was?

4       A.    No, not specifically.

5       Q.    Was it leverage server administrator supervisor?

6       A.    Possibly.  I don't remember.

7       Q.    It was a supervisor position; correct?

8       A.    It was, yes.

9       Q.    At the time that you applied for the position,

10  had you ever held a supervisory title in the past?

11      A.    No.

12      Q.    You didn't have any management experience;

13  correct?

14      A.    Correct.

15      Q.    The position did not require UNIX experience;

16  correct?

17      A.    I don't recall.

18      Q.    Or Dazel experience?

19      A.    I don't recall.

20      Q.    Now, prior to the interview with Miss Musumeci,

21  do you know who spoke to Miss Musumeci on your behalf?

22      A.    No.

23      Q.    Do you know if anybody recommended you for the

24  position?

1       A.    No.

2       Q.    You did interview for the position?

3       A.    Yes, I did.

4       Q.    With Ms. Musumeci?

5       A.    Yes.

6       Q.    Did you interview with anyone else for the

7  position?

8       A.    I had an interview with Beth and there were

9  several people at the table, but I don't remember all the

10 people at all.

11      Q.    You were offered the position; correct?

12      A.    Yes.

13      Q.    You didn't take it?

14      A.    No, I did not.

15      Q.    Why didn't you take the position?

16      A.    After speaking with Beth on several occasions,

17 she told me that the increase that I was getting for the

18 job had a cap at a certain level, and it also

19 incorporated a percentage that Dawn had to send over to

20 transfer or -- I don't know what the process was, but it

21 was incorporation of a percentage of what Dawn said and a

22 percentage of what Beth said as a hiring manager.  And it

23 was, I think -- I don't know, I think it was 3 percent

24 from Dawn and 5 percent from Beth.



**WILCOX & FETZER LTD.**

Registered Professional Reporters

1    Q.    Didn't you ask Ms. Musumeci about the salary

2  increase?

3    A.    Yes, I did.

4    Q.    She told you that the salary you were offered

5  was well within the applicable range of salary for that

6  position?

7    A.    Something to that effect.

8    Q.    You're not denying that it was within the range

9  applicable for that position; correct?

10    A.    I'm not denying it because I don't know.  I

11  don't know what the range was.

12    Q.    Now, you rejected the offer because you felt the

13  salary increase was too low; correct?

14    A.    Correct.

15    Q.    Isn't it true that you demanded a salary

16  increase of 36 percent?

17    A.    No, I don't recall that at all.

18    Q.    Don't you recall stating that you wanted a

19  $63,000 salary?

20    A.    No, I don't recall.

21    Q.    Did you ever give her a specific number of what

22  you wanted the salary to be?

23    A.    No, I don't recall doing that at all.

24    Q.    You never said $63,000?

Diane Poland                                    237

1        Q.    What was your expectation with regard to salary?

2        A.    I don't remember.  It was regards -- depending

3    on the job and the range, but I don't remember

4    specifically doing another offer with her or anything

5    like that.

6        Q.    You're not denying that you said you wanted a

7    salary of $63,000?

8        A.    I'm saying I don't recall doing that at all.

9        Q.    But you don't deny that?

10       A.    I don't deny it.

11       Q.    Isn't it true that if you had taken this

12   position, you would have remained an MTSA; correct?

13       A.    I don't know.  I don't know.

14       Q.    Did anybody tell you you would become an SMTS if

15   you took this position?

16       A.    No.

17       Q.    Have you ever heard of anybody receiving a

18   36 percent salary increase for a promotion?

19       A.    Not that I can recall.

20       Q.    Do you believe it's reasonable for somebody to

21   accept a 36 percent salary increase for a lateral

22   transfer?

23       A.    Accept it, yes.

24       Q.    To expect a -- if I said "accept," I apologize.

Diane Poland                                     238

1              Do you believe it is reasonable for an

2    employee to expect a 36 percent salary increase for a

3    lateral transfer?

4        A.    I don't -- I don't know.  I don't think so.

5        Q.    After you rejected this offer, Ms. Musumeci came

6    back to you with another offer; correct?

7        A.    I believe so.

8        Q.    She increased the salary offer?

9        A.    I believe so.

10        Q.    She increased it to 8 percent; correct?

11        A.    I believe so, yes.

12              (Defendant's Exhibit 19 was marked for

13    identification.)

14    BY MR. SEEGULL:

15        Q.    I am now showing you what has been marked as

16    Defendant's Exhibit 19.  This is the revised offer

17    letter; correct?

18        A.    Correct.

19        Q.    This is the offer that Ms. Musumeci came back

20    with after you said the original salary increase was too

21    low?

22        A.    That's correct.

23        Q.    She increased the salary, if you had taken the

24    position, to $50,757?



Diane Poland                    239

1       A.    That's correct.

2       Q.    That would have been an 8 percent increase?

3       A.    I believe so.

4       Q.    That was still too low for you; correct?

5       A.    Yes.

6       Q.    Do you know who determined the salary increase

7  that was offered to you?

8       A.    No, I don't know who determined it.

9       Q.    Do you think that Beth Musumeci discriminated

10  against you in any way?

11      A.    No, I don't.

12      Q.    Did she ever tell you how the salary increase

13  offer was determined?

14      A.    I believe so, but I don't remember exactly

15  everything she said.   I did know it came from the hiring

16  department and from the department you would be

17  transferring from, there was something there, but I don't

18  know the formula.

19      Q.    Was she saying I'm justifying it based upon what

20  your salary increase would be if you had stayed in your

21  current position with Dawn Dworsky plus what I'm willing

22  to offer you, words to that effect?

23      A.    Maybe.

24      Q.    Does that sound familiar?



Diane Poland                                          241

1   started in the position?

2       A.   No, I don't.

3       Q.   Do you know how long MaryAnne Doll-Johnson had

4   been an MTSA before she was promoted to an SMTS?

5       A.   No, I don't.

6       Q.   Do you think Ms. Doll-Johnson deserved a

7   promotion to an SMTS?

8       A.   Yes.

9       Q.   Why do you think that?

10      A.   Because I worked with her.

11      Q.   What about working with her leads you to believe

12  that she deserved the promotion?

13      A.   She's very efficient, very smart lady.

14      Q.   Did you get along with her well?

15      A.   Yes.

16      Q.   Did that ever change?

17      A.   Yes.

18      Q.   When did that change?

19      A.   When I began having problems with Dawn and HR.

20      Q.   How long had Ms. Doll-Johnson been working in

21  the Dazel and Managed Print group before she was promoted

22  to SMTS?

23      A.   I don't know.

24      Q.   Would you agree that she had more experience

**W&F**

**WILCOX & FETZER LTD.**

Registered Professional Reporters

A -89

1  than you did in that position?

2      A.    Yes, yes.

3      Q.    Would you agree that she had more UNIX

4  experience than you did?

5      A.    Yes.

6      Q.    Would you agree that she had more experience in

7  Dazel software --

8      A.    Yes.

9      Q.    -- than you did?

10     A.    Yes.

11     Q.    Were you ever told that Ms. Doll-Johnson was

12 promoted, at least in part, on the basis of seniority?

13     A.    No.

14     Q.    How long had Randall Miller been an MTSA before

15 he was promoted to SMTS?

16     A.    I don't know.

17     Q.    Would you agree that Mr. Miller had more

18 experience related to the position than you did?

19     A.    I don't know.

20     Q.    Would you agree that he had more technical

21 experience than you did?

22     A.    I don't know.

23     Q.    Do you think Mr. Miller should not have been

24 promoted?



Diane Poland

244

1  him?

2      A.    No.

3      Q.    Do you know what factors they considered in

4  deciding whether or not to promote him?

5      A.    No.

6      Q.    Are you saying that you should have been

7  promoted in lieu of Mr. Miller, or just that he shouldn't

8  have been promoted at all?

9      A.    I can't say that.  I don't know.

10     Q.    If you had been promoted, would there have been

11 anything wrong with promoting him, as well?

12     A.    I don't know.

13     Q.    Are you saying you don't know whether or not he

14 deserved to be promoted, but you know that you did

15 deserve to be promoted?

16     A.    Yes.

17     Q.    So you're not saying he didn't deserve to be

18 promoted?  You're only saying that you did deserve to be

19 promoted?

20     A.    Yes.

21     Q.    In fact, you would agree that he did deserve to

22 be promoted?

23     A.    No, I would not.

24     Q.    You just don't know one way or the other?

**W&F**

WILCOX & FETZER LTD.

Registered Professional Reporters

A -91

Diane Poland                                    245

1      A.    Exactly.

2      Q.    I'm sorry.  You don't know one way or other

3  whether or not he deserved to be promoted?

4      A.    I don't know.

5      Q.    Now, at some point you expressed an interest in

6  being transferred out of the Dazel and Managed Print

7  group; right?

8      A.    Yes.

9      Q.    That was in the July/August 2001 time frame?

10     A.    Sometime after that I began having problems with

11  Dawn and HR, yes.

12     Q.    That was in the July time frame?

13     A.    Possibly, yes.

14     Q.    Does that sound about right?

15     A.    Sounds about right.

16     Q.    You met with a number of people about that; is

17  that correct?

18     A.    Yes.

19     Q.    You met with Sonia Koplowicz, Maureen Summers,

20  Dawn Dworsky, Mike Suman, and Leanne Thomas?

21     A.    Yes.

22     Q.    Did you meet with anybody else about that?

23     A.    Not that I can recall.

24     Q.    You told various people that there were certain

Diane Poland                                    246

1    things you did not want in terms of another position;

2    correct?

3        A.    I don't recall.  I don't know.

4        Q.    Didn't you tell people you were not interested

5    in any support positions including the UNIX support

6    position?

7        A.    It's possible.  I don't remember.

8        Q.    Didn't you also tell people that you wouldn't

9    take a position that required any travel?

10       A.    That's possible.

11       Q.    Does that ring a bell?

12       A.    Somewhat.

13       Q.    You also told people that you would not take a

14   position with the eBusiness group because it required

15   rotational shift work?

16       A.    That's possible.  I don't recall.  I don't

17   recall.

18       Q.    You also told some people that you would not

19   consider certain projects because of the travel time

20   associated with it?

21       A.    That's possible.

22       Q.    Didn't you also say you needed a position with

23   part-time hours due to your medical condition?

24       A.    That's possible.



WILCOX & FETZER LTD.
Registered Professional Reporters

A -93

1    Q.    Wasn't there also communication you had with

2    Sonia Koplowicz in which you said that you were aware

3    that CSC had a very tight status on open positions, that

4    there weren't a lot of open positions?

5    A.    I don't recall that conversation.

6    Q.    You're not denying that you had that

7    communication, though?

8    A.    No, I'm not.

9    Q.    Didn't Ms. Koplowicz tell you that human

10   resources was committed to helping you find another

11   position?

12   A.    Yes, she did.

13   Q.    Ms. Summers told you the same thing?

14   A.    No.

15   Q.    Did Ms. Summers say anything about that?

16   A.    Not really, no.  I never really had that

17   conversation with Miss Summers.

18   Q.    You mean you didn't really have many

19   conversations with Miss Summers about transferring to

20   another position?

21   A.    That's correct.

22   Q.    On several occasions didn't you inform

23   Miss Koplowicz that there were several positions you were

24   interested in?



WILCOX & FETZER LTD.
Registered Professional Reporters

**A -94**

Diane Poland

248

1    A.    Yes.

2    Q.    Open positions?

3    A.    I believe they were open because they were on

4    the database.

5    Q.    Miss Koplowicz asked to you send requisition

6    numbers?

7    A.    Yes.

8    Q.    She said once I have these requisition numbers,

9    she would then contact the hiring managers in order to

10   facilitate an interview?

11   A.    That sounds familiar, yes.

12   Q.    You didn't provide Miss Koplowicz with

13   requisition numbers; correct?

14   A.    That's incorrect.  Yes, I have.

15   Q.    Which requisition numbers did you provide her

16   and when did you provide them?

17   A.    I don't recall, but I did.

18   Q.    Would that have been in writing?

19   A.    It should be, yes.

20   Q.    So if you have those requisition numbers, you

21   produced those to us in discovery?

22   A.    Yes, I should have.

23   Q.    If we don't have them in discovery, that means

24   you didn't provide it; correct?

**W&F**

**WILCOX & FETZER LTD.**

Registered Professional Reporters

**A -95**

Diane Poland                                    249

1      A.    I don't know.  If you don't have them, I don't

2  know.

3      Q.    If you didn't produce them in discovery, that

4  means you didn't provide the requisition number?

5      A.    If I didn't.

6      Q.    Correct?

7      A.    If I didn't, yes.

8      Q.    Do you recall which positions you provided

9  requisition numbers for, if you did?

10     A.    No, I don't.

11     Q.    Do you recall which positions you were

12 interested in?

13     A.    No.  There were a couple, but I don't recall

14 them.

15     Q.    There was an open position in the Applications

16 Interconnect Services group.  Do you remember that?

17     A.    Possibly.

18     Q.    You expressed interest in this to Dahl Landers,

19 D-a-h-l?

20     A.    That sounds familiar.

21     Q.    Did this position involve UNIX in any way?

22     A.    I don't remember.

23     Q.    You expressed interest in this position about

24 August of 2001?

Diane Poland

1     A.    Could be.

2     Q.    Isn't it true you scheduled two interviews with

3  Miss Landers; correct?

4     A.    Yes.

5     Q.    And cancelled both of them?

6     A.    That I don't recall, but I do remember having

7  meetings scheduled with her.

8     Q.    You're not denying that you canceled two

9  meetings with her?

10     A.    I'm not denying it.  I just don't remember.

11     Q.    You never called to explain why you cancelled

12  the meetings, did you?

13     A.    I don't remember.

14     Q.    Do you recall that Dawn Dworsky told you in

15  November of 2001 about an open position in the AIS group

16  with Miss Landers?

17     A.    I don't recall, but I know there was something.

18     Q.    Do you recall that she advised you that it might

19  be a good opportunity for you and she was recommending

20  that you apply for that position?

21     A.    No, but it's possible.

22     Q.    Do you recall that Ms. Landers sent you a link

23  to the applicable job posting?

24     A.    I do believe so.