## CERTIFICATE OF SERVICE

      I, Sarah E. Diluzio, hereby certify that on May 6, 2005, I electronically filed true and correct copies of **APPENDIX TO DEFENDANT'S OPENING BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, to the following counsel of record:

                Jeffrey K. Martin, Esq.
                MARGOLIS EDELSTEIN
                1509 Gilpin Avenue
                Wilmington, DE 19806
                (302) 777-4680
                jmartin@margolisedelstein.com

                /s/ Sarah E. DiLuzio
                Sarah E. DiLuzio (DSB ID No. 4085)
                POTTER ANDERSON & CORROON LLP
                Hercules Plaza, 6th Floor
                1313 North Market Street
                Post Office Box 951
                Wilmington, Delaware 19899-0951
                Tel: (302) 984-6000
                E-mail: sdiluzio@potteranderson.com

681168