# CERTIFICATE OF SERVICE

I, Sarah E. Diluzio, hereby certify that on May 9, 2005, I electronically filed a true and **corrected copy of VOL. 4A OF 6 OF THE APPENDIX TO DEFENDANT'S OPENING BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, to the following counsel of record:

>  Jeffrey K. Martin, Esq.
>  MARGOLIS EDELSTEIN
>  1509 Gilpin Avenue
>  Wilmington, DE 19806
>  (302) 777-4680
>  jmartin@margolisedelstein.com

*[signature]*

Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com

681168