IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE POLAND, | : |
| | : |
| Plaintiff, | : C.A. NO. 04-0217-GMS |
| | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| COMPUTER SCIENCES | : |
| CORPORATION, a Delaware | : |
| Corporation, | : |
| | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Keri L. Morris, do hereby certify that on May 27, 2005, I electronically filed the *Plaintiff's Answering Brief to Defendant's Motion for Summary Judgment* with the Clerk of the Court using CM/ECF which will send notification of such filing, and have also sent one (1) true and correct copy by First Class U.S. Mail, postage prepaid to the following:

Larry R. Seegull, Esquire
Amy Beth Leasure, Esquire
DLA Piper Rudnick Gary Cary US LLP
6225 Smith Avenue
Baltimore, MD 21209

Sarah E. DiLuzio, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
6th Floor, P.O. Box 951
Wilmington, DE 19801

MARGOLIS EDELSTEIN

*Keri L. Morris*
Keri L. Morris, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680