IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE POLAND, | : | |
| | : | |
| Plaintiff, | : | C.A. NO. 04-0217-GMS |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| COMPUTER SCIENCES | : | |
| CORPORATION, a Delaware | : | |
| Corporation, | : | |
| | : | |
| Defendant. | : | |

**APPENDIX SUPPORTING PLAINTIFF'S ANSWERING BRIEF TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

MARGOLIS EDELSTEIN
Jeffrey K. Martin, Esquire (#2407)
Keri L. Morris, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, Delaware 19806
302-777-4680
Attorneys for Plaintiffs

Dated: May 27, 2005

## TABLE OF CONTENTS

| Document | Tab No. |
|---|---|
| Excerpts from the Deposition Transcript of Plaintiff (B0001-B0055) | 1 |
| Delaware Department of Labor Cover Letter and Investigative Memorandum dated May 31, 2002 | 2 |
| Equal Employment Opportunity Commission Determination, dated July 8, 2003 | 3 |
| Miscellaneous Correspondence from Delaware Department of Labor | 4 |