# TAB 4



STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
4425 NORTH MARKET STREET
WILMINGTON, DELAWARE 19802

TELEPHONE (302) 761-8200
FAX (302) 761-6601

November 27, 2002

Ms. Diane Poland
12 Berks Court
New Castle, DE 19720

RE: Poland v. Computer Science Corporation
Case No.: 0107216/17CA10300

Dear Ms. Poland:

This is to advise you that the Office of Labor Law Enforcement of Delaware Department of Labor is administratively closing its file on the above-captioned Charge of Discrimination due to an unsuccessful conciliation. Pursuant to your request for a Letter of Right to Sue, the case will be forwarded to the Equal Employment Opportunity Commission (EEOC) for their review and possible investigation.

If you have any questions concerning this matter, please contact me at (302) 761-8200.

Sincerely,

*Susan S. Anders*

Susan S. Anders, Administrator
Office of Labor Law Enforcement

SSA/lcm

B0062

Margolis Edelstein
Poland, Diane v. CSC
1182



STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
4425 NORTH MARKET STREET
WILMINGTON, DELAWARE 19802

TELEPHONE (302) 761-820(
FAX (302) 761-660

November 27, 2002

Tyler Raimo, Esquire
Counsel
Computer Science Corporation
Corporate law Department
3170 Fairview Park Drive
Falls Church, VA 22042

RE:   Poland v. Computer Science Corporation
      Case No.: 0107216/17CA10300

Dear Mr. Raimo:

This is to advise you that the Office of Labor Law Enforcement of the Delaware Department of Labor is administratively closing its file on the above-captioned Charge of Discrimination due to a failed conciliation. Pursuant to the request of Charging Party, the case will be forwarded to the Equal Employment Opportunity Commission for their review and possible investigation.

If you have any questions concerning this matter, please contact me at (302) 761-8200.

Sincerely,

Susan S. Anders, Administrator
Office of Labor Law Enforcement

SSA/lcm

B0063

Margolis Edelstein
Poland, Diane v. CSC
1183



STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
4425 NORTH MARKET STREET
WILMINGTON, DELAWARE 19802

TELEPHONE (302) 761-8200
FAX (302) 761-6601

November 6, 2002

Tyler B. Raimo, Esquire
Computer Sciences Corporation
Corporate Law Department
3170 Fairview Park Drive
Falls Church, VA 22042

RE:   Poland v. Computer Science Corporation
      Case Nos.: 0107216/17CA10300

Dear Mr. Raimo:

Conciliation efforts have failed in the matter cited above. Therefore, the case will proceed to the next step in the administrative process. Since the Charge of Discrimination was also filed under federal law, Charging Party has the right to request a letter of Right to Sue from the Equal Employment Opportunity Commission (EEOC), or to proceed to a hearing before Delaware's Equal Employment Review Board (EERB).

You will be notified of Charging Party's decision in this matter.

If you have any questions, please call me at (302) 761-8200.

Sincerely,

Susan S. Anders, Administrator
Office of Labor Law Enforcement

SSA/cc

B0064

Margolis Edelstein
Poland, Diane v. CSC



**STATE OF DELAWARE**
**DEPARTMENT OF LABOR**
**DIVISION OF INDUSTRIAL AFFAIRS**
4425 NORTH MARKET STREET
WILMINGTON, DELAWARE 19802

TELEPHONE (302) 761-8200
FAX (302) 761-6601

November 6, 2002

By Facsimile and Mail

Richard R. Wier, Jr., P.A.
1220 N. Market Street, Suite 600
Wilmington, DE 19801

RE:   Poland v. Computer Science Corporation
      Case Nos.: 0107216/17CA10300

Dear Mr. Wier:

Conciliation efforts have failed in the above-cited matter. Therefore, the case will proceed to the next step in the administrative process. You may proceed to a hearing before Delaware's Equal Employment Review Board (EERB), or you may have your client's case forwarded to the Equal Employment Opportunity Commission (EEOC) for further review and you may then request a Notice of Right to Sue from the EEOC.

Remedies available through an EERB Hearing may include reinstatement or hiring, with or without back pay (any back pay would be less interim earnings), an order to cease and desist from the unlawful practice and such affirmative action as will effectuate the policies of the law. Any decision made by the EERB may be appealed to Superior Court. If your client chooses to proceed to hearing before the EERB, s(he) may represent herself or obtain representation by an attorney at her/his own expense.

Remedies available at the federal level through the Notice of Right to Sue in U.S. District Court may include reinstatement or hiring, with or without back pay (any back pay would be less interim earnings), reasonable attorney's fees, and punitive and compensatory damages ranging from $50,000 to $300,000, depending on the size of the employer. Additionally, Charging Parties have the option of a trial by jury and the court may not inform the jury of the limitations on damages.

B0065

Margolis Edelstein
Poland, Diane v. CSC

Richard R. Wier, Jr., Esq.
November 6, 2002
Page 2

Should you elect to seek the expanded federal remedies, you must obtain a Notice of Right to Sue from EEOC and file suit in federal District Court. You may direct a written request for a Right to Sue Notice to the EEOC at:

> Equal Employment Opportunity Commission
> Philadelphia District Office
> The Bourse, Suite 400
> 21 S. Fifth Street
> Philadelphia, PA 19106-2515

**Please submit your written decision to me no later than November 18, 2002.**

If you have any questions, please call Cyrella Caldwell at (302) 761-8202.

Sincerely,

*Susan S. Anders*

Susan S. Anders
Administrator
Office of Labor Law Enforcement

SSA/cc
pc: Ms. Diane Poland

B0066



STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
4425 NORTH MARKET STREET
WILMINGTON, DELAWARE 19802

TELEPHONE (302) 761-820(
FAX (302) 761-6601

October 10, 2002

Tyler Raimo, Esquire
Computer Sciences Corporation
Corporate Law Department
3170 Fairview Park Drive
Falls Church, VA 22042

RE:   Poland v. Computer Science Corporation
      Case Nos.: 0107216/17CA10300

Dear Mr. Raimo:

Respondent was informed by letter dated May 31, 2002 that, with respect to Ms. Diane Poland's Charge of Discrimination, there is reasonable cause to believe that a violation of Title 19 of the Delaware Code has occurred. The Delaware Department of Labor/Office of Labor Law Enforcement is a Fair Employment Practices Agency (FEPA). Consequently, this charge is dual filed under Title VII of the Civil Rights Act of 1964, as amended, which is enforced by the Equal Employment Opportunity Commission (EEOC).

Because the State investigates discrimination charges for EEOC, it has also been determined that there is reasonable cause to believe that Ms. Poland also suffered a violation under Title VII, and is entitled to both State and Federal remedies.

Ms. Poland has suffered economic loss, physical and emotional distress, medical expenses and other damages. Charging Party, through her attorney, is asking for $482,000 and a favorable letter of recommendation to settle this matter. This amount includes approximately $80,000 in back wages and $2,125 medical expenses and the cost of paying her own health insurance premiums.

During the conciliation phase, it is imperative that the parties fully cooperate, respond promptly to all requests for information and participate in the process in good faith. As you are aware, the conciliation process has already been delayed while the Charging Party was given time to retain legal counsel. If you fail to respond by the deadlines, we will determine that conciliation has failed and Charging Party may choose to litigate.

B0067

Margolis Edelstein
Poland, Diane v. CSC

Tyler Raimo, Esquire
October 10, 2002
Page 2

Please contact me at the above address or fax number, or at (302) 761-8202, no later than October 21, 2002 with your decision so that we may discuss conciliation.

Sincerely,

*Cyrella Caldwell*

Cyrella Caldwell
Labor Law Enforcement Officer
Office of Labor Law Enforcement