## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on June 8, 2005, I electronically filed true and correct copies of **DEFENDANT'S REPLY TO PLAINTIFF'S ANSWERING BRIEF TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, to the following counsel of record:

>   Jeffrey K. Martin, Esq.
>   MARGOLIS EDELSTEIN
>   1509 Gilpin Avenue
>   Wilmington, DE 19806
>   (302) 777-4680
>   jmartin@marolisedelstein.com

*/s/ Sarah E. DiLuzio*
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com

15