<u>**CERTIFICATE OF SERVICE**</u>

I, Sarah E. DiLuzio, hereby certify that on June 8, 2005, I electronically filed true and correct copies of **APPENDIX TO DEFENDANT'S REPLY TO PLAINTIFF'S ANSWERING BRIEF TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, to the following counsel of record:

> Jeffrey K. Martin, Esq.
> MARGOLIS EDELSTEIN
> 1509 Gilpin Avenue
> Wilmington, DE 19806
> (302) 777-4680
> jmartin@marolisedelstein.com

> *Sarah E. DiLuzio*
> Sarah E. DiLuzio (DSB ID No. 4085)
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Post Office Box 951
> Wilmington, Delaware 19899-0951
> Tel: (302) 984-6000
> E-mail: sdiluzio@potteranderson.com