

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Sarah E. DiLuzio
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

September 19, 2005

**By Hand Delivery and E-File**

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

      Re:   Diane Poland v. Computer Sciences Corp.,
             C.A. No. 04-217 (GMS)

Dear Judge Sleet:

      Enclosed please find a courtesy copy of Defendant's Proposed Pretrial Order, submitted in accordance with the Scheduling Order in the above-referenced case.

      The Proposed Pretrial Order, and its attached schedules, was prepared by Defendant, without contribution from Plaintiff, with the exception of Schedules A and B. It is Defendant's understanding that Plaintiff intends to file a motion to request that Plaintiff be permitted to postpone filing any other matter required on her part for the Pretrial Order, until after the Court has ruled upon Defendant's Motion for Summary Judgment, which is currently pending. (D.I. 40.) Defendant has agreed that it will not oppose Plaintiff's motion, provided, however, that Defendant is not prejudiced in any manner thereby, and that Defendant does not waive the right to object to any portion of Plaintiff's pretrial submission (including, but not limited to, any exhibit or witness identified therein) and/or to supplement Defendant's pretrial order and/or attached schedules in response thereto.

      Counsel are available at the Court's convenience if Your Honor has any questions regarding this matter.

                            Respectfully,

                            Sarah E. DiLuzio
                            (DE Bar I.D. 4085)

Enclosures
cc: Jeffrey K. Martin, Esquire (by e-file)

The Honorable M. Sleet Gregory
September 19, 2005
Page 2

    Larry Robert Seegull, Esquire (by email)
    Clerk of the Court (by e-file)

699874