

**MARGOLIS EDELSTEIN**

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
1509 GILPIN AVENUE
WILMINGTON, DE 19806
302-777-4680
FAX 302-777-4682

KERI L. MORRIS, ESQUIRE
kmorris@margolisedelstein.com

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

* MEMBER OF THE HARMONIE GROUP

September 19, 2005

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19801

RE:   Diane Poland v. Computer Sciences Corporation
      C.A. No. 04-217(GMS)
      ------------------------------------------------------

Dear Judge Sleet:

Enclosed please find a courtesy copy of Plaintiff's Proposed Pretrial Order.

The Proposed Pretrial Order, and the attached schedules, was prepared by Plaintiff, without contribution from the Defendant, with the exception of Schedules (2)(a) and (2)(b). Plaintiff's counsel contacted Defendant's counsel in an attempt to file a joint stipulation to extend the deadline to file the Proposed Pretrial Order pending Your Honor's ruling on Defendant's Motion for Summary Judgment. Defense counsel advised that they planned on filing their Proposed Pretrial Order and would not oppose a motion to extend the deadline if filed by Plaintiff. As a result, both Plaintiff and Defendant have filed separate Proposed Pretrial Orders. Counsel will work together to file a joint Order in accordance with the Scheduling Order in the above-referenced case.

Counsel are available at the Court's convenience if Your Honor has any questions regarding this matter.

Respectfully submitted,

*Keri L. Morris*

**KERI L. MORRIS**

cc:   Clerk of the Court (by e-file)
cc:   Sarah E. DiLuzio, Esquire (by e-file)
cc:   Larry R. Seegull, Esquire (by e-file)