# SCHEDULE (c)(1)(1)

# JOINT EXHIBITS

## Schedule (c)(1)(1)

## Joint Exhibits

1. The following exhibits were offered jointly by Plaintiff and Defendant, received in evidence and marked as indicated.

| Joint Exhibit Number | Description |
|---|---|
| JX 1 | Plaintiff's performance appraisal for the period of April 1997 to March 1998 |
| JX 2 | August 31, 1999 offer of transfer and reassignment to Plaintiff |
| JX 3 | Salary report for Plaintiff for 2000 |
| JX 4 | Plaintiff's performance appraisal for the period of April 2000 through March 31, 2001 |