# SCHEDULE (c)(1)(2)

# EXHIBITS

## Schedule (c)(1)(2)

### Exhibits

2. The following exhibits were offered by Plaintiff, received in evidence and marked as indicated.

[State identification number and brief description of each exhibit.]

Defendant proffered an objection to every exhibit offered by Plaintiff other than Plaintiff's and Defendant's Joint Exhibits, and, accordingly, this schedule is blank.