# SCHEDULE (c) (2)

# DEFENDANT'S DEMONSTRATIVE EVIDENCE

## Schedule (c) (2)

### Defendant's Demonstrative Evidence

Defendant intends to use demonstrative exhibits at trial, including, but not limited to, those demonstrative exhibits identified below. Defendant will identify all demonstrative exhibits twenty-four (24) hours before they are to be used at trial. Defendant also specifically reserves the right to enlarge any and all of the exhibits designated in Schedule (c) (1), or to use any additional demonstrative exhibit.

| Defendant's Exhibit Number | Description | Plaintiff's Basis for Objection | Defendant's Response to Objection |
|---|---|---|---|
| DDX 1 | Chronology of events relevant to Plaintiff's claims. | None. | N/a. |
| DDX 2 | Organizational charts | None. | N/a. |
| DDX 3 | Enlargement of 2001 overall merit guidelines document. | None. | N/a. |
| DDX 4 | Chronology of correspondence and communications between Plaintiff and Defendant regarding Plaintiff's medical leave of absence. | None. | N/a. |
| DDX 5 | Charts detailing the comparative UNIX experience and time in MTSA position between Randall Miller and Plaintiff. | None. | N/a. |
| DDX 6 | Charts detailing the experience, time in position, and compensation of employees supervised by Dawn Dworsky. | None. | N/a. |
| DDX 7 | Enlargement of CSC Human Resources Management Policy 247 Regarding Leave of Absence Without Pay | None. | N/a. |

| DDX 8 | Enlargement of "Star Dust Award" for which Plaintiff recommended MaryAnne Doll-Johnson | None. | N/a. |
|---|---|---|---|
| DDX 9 | Enlargement of CSC correspondence with Plaintiff regarding her responsibilities under leave policy | None. | N/a. |

**Plaintiff's Demonstrative Evidence**

None. Plaintiff reserves the right to use blow-ups for any demonstrative exhibit admitted into evidence by the Court.