# SCHEDULE (d)

# POTENTIAL WITNESSES

Schedule (d)

**Potential Witnesses**

**Plaintiff's Potential Witnesses**

1. Mr. Jesse Cason
   106 McMullen Circle
   Bear, DE 19701-3058
   (302) 838-1359

2. Mr. Joseph Hinton
   1819 W Grange Avenue
   Philadelphia, PA 19141-1224
   (215) 549-3064

3. Ms. Selma York
   (Cell) (302) 438-1679
   (Work) (302) 391-6735

4. Edwin Derek Alston, Manager
   Computer Sciences Corporation
   500 Creekview Drive
   Newark, DE 19711
   (302) 391-8504

5. Mr. Darrin Alexander
   (302) 391-6096

6. Paul White, Coworker
   Computer Sciences Corporation
   500 Creekview Drive
   Newark, DE 19711

7. Mr. Jerry Flowers
   HR Manager for CSC
   Retired about 1.5 years ago

8. Mr. Herbert Broadwater
   CSC Employee Services
   (302) 391-6205

49

9. Ms. Tia Jackson
   Project Manager for CSC
   (302) 391-7933

10. Mr. Gus Siekerka
    EEOC Coordinator for CSC
    (703) 641-3280 or (703) 627-6522

11. Mr. Fred E. Vollrath
    VP Human Resources
    (310) 615-1785

12. Mr. Bernie Breen
    VP Chemical Group
    (703) 205-6300 or (703) 622-2422

13. Mr. Stan Baines
    Colleague
    (610) 647-4912

14. Diane Poland, Plaintiff
    12 Berks Court
    New Castle, DE 19720
    (302) 325-2055

Plaintiff reserves the right to call any witnesses on Defendant's list. Additional witnesses not listed above may be offered for rebuttal purposes with the Court's permission.

**Defendant's Objections to Plaintiff's List of Potential Witnesses**

On September 23, 2005, in accordance with the Court's Scheduling Order, Defendant filed a Motion in Limine to Exclude Witnesses Lacking Personal Knowledge, Witnesses Not Identified in Discovery Responses and High Level Executive Witnesses Called Solely for Purposes of Harassment, in which Defendant's objections to Plaintiff's potential witnesses were set forth.

Defendant also objects to Plaintiff's failure to indicate "which witnesses *will* be called in the absence of reasonable notice to opposing counsel to the contrary, and which *may* be called as a possibility only", as required by the Court's Order governing submission of the Final Pretrial Order.

Defendant also objects to Plaintiff's failure to include complete addresses for ten of her potential witnesses, as required by the Court's Order governing submission of the Final Pretrial Order.

50

**Defendant's Witnesses\***

1. (W) Edwin Derek Alston
   Computer Sciences Corporation
   500 Creekview Drive
   Newark, Delaware  19711

2. (W) MaryAnne Doll-Johnson
   Computer Sciences Corporation
   500 Creekview Drive
   Newark, Delaware  19711

3. (W) Dawn Dworsky
   Computer Sciences Corporation
   400 Commerce Drive
   Newark, Delaware  19713

4. (M) Billy Graham
   Computer Sciences Corporation
   45154 Underwood Lane
   Sterling, Virginia  20166

5. (M) Traci Hersey
   Computer Sciences Corporation
   45154 Underwood Lane
   Sterling, Virginia  20166

6. (W) Simmie Hoeft
   L-3 Titan Corporation
   11955 Freedom Drive
   Suite 12002
   Reston, Virginia  20190

7. (W) Sonia Koplowicz
   Computer Sciences Corporation
   400 Commerce Drive
   Newark, Delaware  19713

8. (M) Dahl Landers
   Computer Sciences Corporation
   400 Commerce Drive
   Newark, Delaware  19713

9. (M) Jennifer Miller
   Computer Sciences Corporation

51

                    500 Creekview Road
                    Newark, Delaware  19711

10.   (W)   Randall Miller
                    Computer Sciences Corporation
                    500 Creekview Road
                    Newark, Delaware  19711

11.   (M)   Beth Musumeci
                    Computer Sciences Corporation
                    400 Commerce Drive
                    Newark, Delaware  19713

12.   (M)   Edward Stewart
                    Computer Sciences Corporation
                    400 Commerce Drive
                    Newark, Delaware  19713

13.   (M)   Mike Suman
                    Computer Sciences Corporation
                    400 Commerce Drive
                    Newark, Delaware  19713

14.   (W)   Maureen Summers
                    Computer Sciences Corporation
                    400 Commerce Drive
                    Newark, Delaware  19713

15.   (M)   Leanne Thomas
                    Computer Sciences Corporation
                    400 Commerce Drive
                    Newark, Delaware  19713

16.   (M)   Paul White
                    Computer Sciences Corporation
                    500 Creekview Road
                    Newark, Delaware  19711

\* Defendant designated those witnesses who *will* be called in the absence of reasonable notice to opposing counsel to the contrary with a "W." Defendant designated those witnesses who *may* be called as a possibility only with a "M."