# SCHEDULE (f)

# DESIGNATION DEPOSITION

## Schedule (f)

### Designation Of Deposition Testimony To Be Read Into Evidence

**Plaintiff's Designation**

| Description | Defendant's Basis for Objection | Plaintiff's Response to Objection |
|---|---|---|
| Plaintiff may use portions of the depositions of the following individuals for impeachment purposes:<br>• Dawn Dworsky;<br>• Sonia Koplowicz; and<br>• Maureen Summers. | Defendant objects to fact that Plaintiff did not designate the specific portions of the deposition transcripts to be read into evidence. | Plaintiff is unable to identify what specific portions of the deposition testimony will be necessary, if any for impeachment purposes. |

**Defendant's Designation**

| Description | Plaintiff's Basis for Objection | Defendant's Response to Objection |
|---|---|---|
| Defendant may use portions of Plaintiff's deposition transcript for impeachment purposes and/or seek to admit portions of Plaintiff's deposition transcript as a party admission. It is Defendant's understanding that because Plaintiff is a party, Defendant need not designate specific portions of her transcript. | No objection. | N/a. |