# SCHEDULE (g)

# SPECIAL DAMAGES

**Schedule (g)**

**<u>Itemized Statement of Special Damages</u>**

**<u>Plaintiff's Statement</u>**

None.

**<u>Defendant's Statement</u>**

Not applicable.    Should Plaintiff be permitted to provide an itemized statement of special damages at a later point in time, Defendant reserves its rights to file a response and/or any objections thereto.