# SCHEDULE (h)

# WAIVER

## Schedule (h)

## Waiver of Any Claims or Defenses Abandoned by Any Party

**Plaintiff's Statement**

Plaintiff concurs with Defendant's statement.

**Defendant's Statement**

Plaintiff has waived her claim for Defendant's purportedly retaliatory failure to transfer Plaintiff. In her Opposition to Defendant's Motion for Summary Judgment, Plaintiff proffered no record evidence to support her claim for a retaliatory failure to transfer Plaintiff. Accordingly, such claim has been waived.

Plaintiff has waived her claim that she suffered retaliation through the form of purported unfair scrutiny and criticism by Dawn Dworsky. In her Opposition to Defendant's Motion for Summary Judgment, Plaintiff proffered no record evidence to support her claim for retaliation through alleged unfair scrutiny and/or criticism. Accordingly, such claim has been waived.

Plaintiff has waived her claim that she suffered retaliation because Dawn Dworsky purportedly isolated her from the rest of the Managed Print and Dazel group. In her Opposition to Defendant's Motion for Summary Judgment, Plaintiff proffered no record evidence to support her claim for retaliation through alleged isolation. Accordingly, such claim has been waived.

Plaintiff has waived her claim that she suffered wage disparity based on race. In her Opposition to Defendant's Motion for Summary Judgment, Plaintiff proffered no record evidence to support her claim that she suffered wage disparity on the basis of her race. Accordingly, such claim has been waived.