# SCHEDULE (1)

# EXPERT DISCOVERY

## Schedule (l)

## A Statement That Each Party Has Completed Discovery Including the Depositions of Expert Witnesses

**Plaintiff's Statement**

Discovery by Plaintiff has been completed. No expert witnesses have been retained for this action.

**Defendant's Statement**

Discovery by Defendant has been completed. Plaintiff did not designate any expert witnesses, and, accordingly, depositions of expert witnesses were unnecessary in this matter.