
Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Sarah E. DiLuzio
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

September 30, 2005

**By Hand Delivery and E-File**
The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

      Re:    Diane Poland v. Computer Sciences Corp.,
               C.A. No. 04-217 (GMS)

Dear Judge Sleet:

     Enclosed please find a courtesy copy of the parties' Joint Proposed Pretrial Order in the above-referenced case.

     The parties were able to agree on a substantial portion of the proposed order, including virtually all of the proposed jury instructions, with only one exception. For the instruction regarding damages, number 39, the parties have submitted competing proposals. Essentially, Plaintiff believes that the jury should decide whether she is entitled to certain damages, like back pay, and Defendant believes that back pay is an equitable remedy that can only be awarded by the judge.

     Additionally, pursuant to Your Honor's form of pretrial order, enclosed please find the exhibits Defendant designated in the Pretrial Order which have raised objections from the Plaintiff. Plaintiff will provide the Court with copies of its designated exhibits under separate cover.

     Counsel are available at the Court's convenience if Your Honor has any questions regarding this matter.

                                   Respectfully,

                                   Sarah DiLuzio
                                   Sarah E. DiLuzio
                                   (DE Bar I.D. 4085)

Enclosures
cc:  Jeffrey K. Martin, Esquire (by e-file)
      Clerk of the Court (by e-file)