IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE POLAND, | : | |
| | : | |
| Plaintiff, | : | C.A. NO. 04-0217-GMS |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| COMPUTER SCIENCES CORPORATION, a Delaware Corporation, | : : : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE WITNESSES LACKING PERSONAL KNOWLEDGE, WITNESSES NOT IDENTIFIED IN DISCOVERY RESPONSES, AND HIGH LEVEL EXECUTIVE WITNESSES CALLED SOLELY FOR PURPOSES OF HARASSMENT**

NOW COMES, Plaintiff, Diane Poland ("Plaintiff"), by and through her undersigned counsel, and responds to Defendant's Motion in Limine to Exclude Certain Witnesses as follows:

1. Plaintiff does not oppose Defendant's Motion in Limine to exclude the following witnesses: Jessie Cason, Joseph Hinton, Selma York, Jerry Flowers, Tia Jackson, Darrin Alexander, Paul White, Herbert Broadwater, Gus Siekerka, Fred Vollarth, Bernie Breen, and Stan Baines. However, Plaintiff disputes Defendant's statement that the inclusion of these witnesses in the Pretrial Order was intended, in any way, to harass Defendant or to be vexatious.

        Respectfully submitted by,

        MARGOLIS EDESLSTEIN

        /s/ Jeffrey K. Martin
        _____
        Jeffrey K. Martin, Esquire (#2407)
        1509 Gilpin Avenue
        Wilmington, DE 19806
        (302) 777-4680
        (302) 777-4682 (fax)
        jmartin@margolisedelstein.com
        Attorney for Plaintiff Diane Poland

Dated: October 5, 2005

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE POLAND, | : | |
| | : | |
| Plaintiff, | : | C.A. NO. 04-0217-GMS |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| COMPUTER SCIENCES CORPORATION, a Delaware Corporation, | : : : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Keri L. Morris, do hereby certify that on October 5, 2005, I electronically filed the *Plaintiff's Response to Defendant's Motion In Limine to Exlude Witnesses Lacking Personal Knowledge, Witnesses Not Identified in Discovery Responses, and High Level Executive Witnesses Called Solely for Purposes of Harassment* with the Clerk of the Court using CM/ECF which will send notification of such filing, and have also sent one (1) true and correct copy by First Class U.S. Mail, postage prepaid to the following:

Larry R. Seegull, Esquire
DLA Piper Rudnick Gary Cary US LLP
6225 Smith Avenue
Baltimore, MD 21209

Sarah E. DiLuzio, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
6th Floor, P.O. Box 951
Wilmington, DE 19801

MARGOLIS EDELSTEIN

_____
Keri L. Morris, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680